IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 01561**-CBS

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2006 AUG -9 PM 1:48

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

MARTHA E. COOPER, a Natural Person, Accuser

Plaintiff,

v.

THE CORPORATE UNITED STATES, Merchants
MERCHANT WILLIAM J. LEONE,
MERCHANT THOMAS M. O'ROURKE,
MERCHANT JARED E. DWYER,
MERCHANT ANTHONY ROMERO,
MERCHANT GREGORY C. LANGHAM,
MERCHANT SHERLYN K. SAMPSON,
MERCHANT WILLIAM G. PUTNICKI,
MERCHANT MAGISTRATE PAMELA A. MATHY,
MERCHANT MAGISTRATE BOYD N. BOLAND,
MERCHANT JUDITY PATTON,
MERCHANT R. CLARK ADAMS,
MERCHANT MARTIN SHOEMAKER,
MERCHANT DENNIS MONTGOMERY,
MERCHANT JUDGE WILLIAM M. HOEVELER,
MERCHANT JUDGE C. EDWARD STIRMAN,
MERCHANT JUDGE CHRISTINE A. CARNEY,
MERCHANT D.A. TODD A. FIELD, ESQ.,
MERCHAT [sic] SHERIFF ALDERDEN, et al.,
MERCHANT ATTORNEY'S GENERAL JOHN ASHCROFT,
MERCHANT CHIEF JUSTICE REHNQUIST,
GEORGE W. BUSH,
GOVERNOR RICK PERRY,
CHIEF JUSTICE MARY MULLARKY,
MARCHANT [sic] U. S. MARSHAL EDWARD ZAHREN,
MERCHANT U.S. MARSHAL,
MICHAEL W. ROACH, U.S. Marshal,
LAFAYETTE COLLINS,
MERCHANT SHERIFF WILDEN TUCKER,
MERCHANT ATTORNEY GENERAL GREG ABBOTT,
MERCHANT ATTORNEY GENERAL STEVEN W. MAY,
MERCHANT SERGEANT STEVEN (what sounded like) MASON,
MERCHANT TEXAS SECRETARY OF STATE ROBERT WILLIAM,

MERCHANT MARK W. EVERSON, et al.,

    Defendants.

## ORDER

Section 455, 28 U.S.C., requires that a judge disqualify himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. United States v. Gigax, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality." Id.; Webbe v. McGhie Land Title Co., 549 F.2d 1358, 1361 (10th Cir. 1977).

I have concluded that a basis exists in this case upon which my impartiality might reasonably be questioned. Accordingly,

IT IS ORDERED that I hereby disqualify myself from further action in this case. The Clerk of the Court is directed to cause the case to be reassigned to another magistrate judge.

Dated August 9, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01561-CBS

Martha E. Cooper
c/o 1132 Main Street, 9100-230
Bandera, TX 78003

   I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/9/06

GREGORY C. LANGHAM, CLERK

By: _____
   Deputy Clerk