(1850)."   The judges, prosecutors and defense Attorneys know this but keep it a secret in order to assume absolute power and control over the American People for their [BAR-Attorneys] evil gain.  Thus, the Accused has willfully and knowingly overthrown the American form of government and the American People.

Yeshayahu (Isa) 5: 20  "Woe to those who call evil good, and good evil; who put darkness for light, and light for darkness, who put bitter for sweet, and sweet for bitter."  Vs. 23  "who declare right the wrong for a bribe, and the righteousness for the righteous they turn aside from him!"

Mishle (Proverbs) 17: 15  "He who declares the wrong right, And he who condemns the righteous, Both of them are an abomination to Yahuah."

See Attachment B [eleven (11) pages], for the show of proof that officers must take an oath to "preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God."  The attachment thereby shows proper English-language of affirmation, thereby, under common-law, their signature of hand writ.  Greg Abbot and Steven W. May wrote their signature in their natural person(s) handwriting, establishing that all Capitals would not be their name or their natural persons, as Austin Gary Cooper proved in said hearing before Merchant-Magistrate-Pamela A. Mathy, 7-3-06, so her intent was to commit perjury which she is so charged!

**XXI and XXII** - Article I, Section 10 of the Constitution for the United States of America states, "No State shall …make any Thing but gold and silver Coin a Tender in Payment of Debts…"  The merchant-Attorneys and other government officials send out documents demanding $, which is a symbol that indicates, "no-silver," from the American People.  The now defunct S with two slightly separated parallel-vertical-lines at or near the center of the S means, "silver-bar."  I, on the other hand, file(d) for the money of account and wrote/write, "I require the payment to be in the money of account; however, if the Accused does not have the money of account, then payment may be made in Federal Reserve-Notes; however, such payment will be 'received without prejudice.'"  Thus, a reservation of rights and the "Doctrine of Estoppel" is exercised inasmuch as "Federal Reserve Notes" are promissory notes and not payment; and few, if any, have gold and silver-Coin in order to pay a debt.  Furthermore, the language "Federal Reserve Notes" not hyphenated is a false conveyance of language inasmuch as the phrase "Federal Reserve" is a noun-phrase that has been converted into an adjective modifying the noun-Notes; according to English-grammar there is no such creature.  When properly read, the language "Federal Reserve Notes" would be, "Federal non-existent Notes."  However, "receiving" the notes "without prejudice" converts the notes into money.  Through treason and conspiracy, the Congress of the United States removed our proper money, thereby conspiring to place each and every human person under the regulations of bankruptcy and covertly seize their properties.  Now monies and human persons acting for the corporate State that accept these notes accept the debt attached to them; however, by receiving them I do not agree to the unlawful obligation attached thereto.  Since the corporate government uses the symbol-$ and the Constitution for the United States of America commands that only gold or silver-Coin is tender in payment of debts to the States, any "payment" demanded in the form of taxation, fines, etc. using the symbol-$ to the corporate government could be made in wooden-nickels or grains of sand, etc.  Hence, the corporate United States or State enforcing any "payment" for any alleged debt or debt in fact in other than the money of account for its coffers, as it were, is an act of treason and an overthrow of the American form of government and of the American people.  The body-politic "We the People" can, on the other hand, receive "Federal Reserve Notes" or Federal Reserve-Notes "without prejudice" and protect our rights by so doing.  The government controlled schools, however, do not teach the people to protect their rights but instead forcibly teach them to surrender their rights to the de facto government presently in control.

Yo'el 3: 5  "For you have taken My silver and My gold, and brought My treasures into your temples," No capital "t" for temple, meaning a false place, a lie.

Yeshayahu (Isa) 46: 6  "They pour gold out of the bag, and weigh silver on the scale. They hire a goldsmith, and he makes it a mighty one. They fall down, they also bow themselves."

**XXIII and XXIV** - In order to rob the America people of their "Courts of Law" the BAR-Association established a bogus "license" to practice law. This action monopolizes the branch of government known as the judiciary and creates a quasi-judiciary taking its place. Through this bogus licensing the BAR-Association regulates and controls any one who would enter its domain granting it absolute despotism over the system of government it conspires to overtake. Moreover, since the Attorneys say they are licensed, then they admit that they are merchants, Uniform Commercial Code § 2-104(1). This position witnesses a monopoly inasmuch as the BAR-Association enforces that one has to be licensed through its merchant-Attorney-Association in order to "practice law," however, the truth be known, they [the BAR-Attorneys] do not function or operate within the law, only the anti-law known as statutes. The statistics support the tyranny of the BAR-Association-Attorneys in that one-out-of-every-thirty Americans are in prison, on probation or on parole presently in this country and many more have their monies and properties stolen from them by the infamous BAR-Association-Attorneys in the role of judges, prosecutors and defense-attorneys. This action places the weasels in charge of the hen-house, as it were, and is patently treasonous in a land of "free-enterprise" and liberty and justice for all. Matt 18: 15  "And if your brother sins against you, go and reprove him, between you and him alone." This licensing has stolen our command from the Almighty to come to our brother. This "license to practice law" is nothing more than membership in the private corporation known as the BAR-Association and its principal "The Crown" a/k/a "The City" in London, England. The Preamble and the first Ten Amendments sandwich in the three sub-branches of government supporting that "We the People" are the collective sovereignty and the government; the proper government that is, are public servants, not public masters.

Mikah 3: 2, 3  "you who are hating good and loving evil, tearing away the skin from My people, and the flesh from their bones, and who have eaten the flesh of My people, and stripped off their skin, and have broken the bones, and have cut it up as into a pot, like flesh in the cooking pot?"

**XXV and XXVI** - The corporate State and corporate state has its own religion and, through treason is forcing its religion upon the children of America, and trying to dissolve my rights in my freedom of my First Amendment. The corporate state teaches the children evolution; that humans evolved from apes, and so on and so forth. There has never been evidence proving such nonsense, however, the corporate state demands that the children in their impressionable years go to the corporate government-schools and influences them unduly anent this bunk. Since the evolution-hypothesis has never been proven, which makes the hypothesis questionable at best, and, therefore, is based on a science of conjecture and belief, it is a religion. Moreover, when presented the question of "Where then did our eyes come from(?)," the evolution worshipers are at a loss for words. The corporate state then bastardized Amendment I of the Constitution for the United States of America, my rights, wherein it states, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; …" to abolish the free exercise of religion in favor of their, the corporate, state-religion. The purpose for this deception is to place humans in the category of the animals and, thereby, extirpate the unalienable rights through the corporate hypothesis that if we came from one-celled animals we are no different than any animal, with the exception that we are simply more advanced. Thus, we would not be stewards on this planet as "The Scriptures" point out, just advanced and sophisticated animals and our unalienable rights would be no more than privileges granted by other humans thinking they are the superiors, as in "rule by the fittest," that meaning the most evil as pointed out so eloquently by Lord Acton wherein he stated, "Power corrupts, absolute power corrupts absolutely."

I Kepha (Peter) 1; 23, 25  "…through the living Word of Elohim, which remains forever,…but the Word of Elohim remains forver…"  We, I cannot serve two masters!  Matt 6: 24

**XXVII and XXVIII** – The seventh Amendment to the Constitution for the United States of America , my rights, states, "In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law."  The value in controversy exceeds twenty dollars however the corporate government has extirpated the right of a suit at common law and the guaranteed "trial by jury," as exemplified in this action wherein the Accused have taken my earnings unlawfully, have removed the guaranteed "trial by jury" in favor of a "jury trial" (makeshift trial), all while stealing my earnings and using those earnings to feed the takeover of the American People and the American way of government.

Matt 23: 23  "Woe to you,… hypocrites!  Because you tithe the mint and the anise and the cumin, and have neglected the weightier matters of the Torah:  the right-ruling and the compassion and the belief.  These need to have been done, without neglecting the others."

**XXIX and XXX** - The Fourth-Amendment to the Constitution for the United States of America, my rights,  states, "The right of the people to be secure in their person, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated…"  In violation of the Constitution ibid, the corporation, known as Internal Revenue and police of the State of: e.g., Texas, search the American People's papers and effects minute by minute in this country.  The agents of the false entity known as "Internal Revenue Service" and police write unlawful summonses against the American People.  The "IRS" file notices of levies and liens without verification of any debt.  The corporation known as Internal Revenue is a private corporation working in conjunction with the Federal Reserve, a private corporation controlled by the Vatican through the Rothschild-Bank-Cartel.  The aforementioned private corporation [Internal Revenue] is protected under an auspices of authority usurped by another corporation owned by the Vatican and the Rothschild-Bank-Cartel, which corporation is known as the BAR-Association.  Then, the corporation known as the Internal Revenue has its own tribunal, which it calls the "United States Tax Court."  In addition, the corporate states rely on the "IRS" and serve the "IRS" anent their "State income taxes."  The language "United States Tax Court" is false conveyance of language inasmuch as the phrase "United States" is a noun-phrase that has been converted into an adjective modifying the noun-Tax; the word-Tax is a noun that has been converted into an adjective modifying the noun-Court, there is no such language; therefore, when properly read it would be "United Court."  Moreover, it is a common practice for the merchant federal and state "police officers" to search the American Peoples person, houses, papers and effects without lawful authorization, and their co-conspirators, the quasi-judiciary BAR-Association, support such action against the American People and the American form of government on an hourly basis in violation of Amendment IV of the Constitution for the United States of America.

Luke 23: 2 – 4  "…and began to accuse Him, saying, "We found this one perverting the nation, and forbidding to pay taxes to Caesar,…And Pilate said to the chief priests and the crowd, "I find no guilt in this Man."

Matt 18; 17 "…if he refuse to hear you…let him be to you like a gentile and a tax collector."

Matt 22: 15 – 22  "…went and plotted how to trap Him in His words…Teacher, we know that You are true, and teach the way of Elohim in truth…"Why do you try Me, you hypocrites?...And having heard, they marveled, and left Him and went away."

"Income taxes statutes apply only to state created creatures known as corporation no matter whether state, local, or federal", Colonial Pipeline Co. v. Traigle, 421 US 100.  "…and the IRS has no interest in the circumstances of the action…and is not a party."  Stahoviak v. Denver and the RGW

Railroad Co. #79CV205, Rout County, Colorado. The IRS hereby and other agency's make their living on presentment, which are "dishonored" by the Citizen.

Black's Law 5th Edition Dictionary: False return. To constitute civil or criminal fraud under the Internal Revenue laws, such falsity must be intentional. Mitchell v. C.I.R., C.C.A.Ga., 118 F2d 308.

**XXXI and XXXII** – The corporate United States and the corporate States commit Treason and conspire to commit treason against the American People and the American form of government through the crime of malicious prosecution. The facts of treason, conspiracy to commit treason, kidnapping for ransom, **(Wikipeida Encyclopedia: Ransom. Is the practice of holding a prisoner to extort money or property extorted to secure their release, or the sum of money involved. "Demanding concessions" from a person or organization by threatening damaging action.: Extortionist.)** murder, conspiracy to commit murder, obstruction of justice, witness tampering, jury tampering, criminal fraud, conspiracy to commit fraud, mail-fraud, false conveyance of language, grand theft, and so on and so forth, have been filed and acquiesced to by the Chief Officers of the corporations aforementioned and this tribunal. (Yohanan [John] 15: 22 "If I had not come and spoken to them, they would have no sin, but now they have no excuse for their sin.") In the action entitled, "UNITED STATES OF AMERICA, v. AUSTIN GARY COOPER, individually and as founder of Taking Back America; MARTHA E. COOPER, individually and as founder of Taking Back America; TAKING BACK AMERICA, an unincorporated organization," Civil Action No. 03-B-1127(PAC), the Prosecutorial staff denied not a single fact filed against them by the Coopers articulating these charges; therefore, the people of the corporate government admit their crimes but claim impunity. Instead of denying with opposing facts, the prosecutor pleaded with his coconspirator, merchant-judge Lewis T. Babcock, to order dismissed the legitimate complaint under a rule, Federal Rules of Civil Procedure 12(f), created and written by the BAR-Association to cover-up legitimate charges filed by the American People against the judiciary and other sub-branches of government. It is hereby noted that if merchant-judge Lewis T. Babcock was of proper moral and judicial character and a man of justice he would have ordered a proper grand jury empanelled for presentment for indictment against the corporations in question and the officers, agents, brokers and intermediaries of the said corporations. **The Accused are officers and agents who have been formally charged by virtue of their voluntary position as government agents.** When merchant-Shoemaker and the merchant "United States Attorney" did not deny and qualify a denial with the law, the merchant-judge should have ordered the immediate arrest of Shoemaker and the "United States Attorney;" however, he did not. Furthermore, the judge would have ordered the Internal Revenue to cease and desist its unlawful actions against the American People. However, nothing has changed; instead "United Judge" Lewis T. Babcock continues his treason and conspiracy to commit treason in a attempt to usurp jurisdiction using the fictitious entity known as the "United Court" as his vehicle. English-grammar supports that the language "United States District Court" is false language inasmuch as the noun-States is converted into an adjective modifying the noun-District and the noun-District is converted into an adjective modifying the noun-Court. The nouns: States and District have no meaning as adjectives, therefore, they do not exist in the foregoing language.

We, Austin Gary Cooper and I hereby declare the following: Acts 25: 7, 8 "…bring many and heavy charges against Sha'ul, which they were unable to prove, while Sha'ul said in his own defense, "Neither against the Torah of the Yedudim (Jews), nor against the Set-apart Place, nor against Caesar did I commit any sin."

We can see what could look like an "ex post facto law" instead we see Galatians 4: 16 "So them, have I become your enemy speaking truth to you?" Yohanan 7: 19 "Did not Mosheh give you the Torah? Yet not one of you does the Torah! Why do you seek to kill Me?"

**XXXIII and XXXIV** - The Fifth-Amendment to the Constitution for the United States of America states, my rights "…nor shall be compelled in any criminal case to be a witness against himself, nor be deprived

of life, liberty, or property, without due process of law; not shall private property be taken for public use, without just compensation." The corporations of the BAR-Association, the United States, the Federal Reserve, the Internal Revenue and the States of: e.g., Texas and Colorado or any thereof, seizes the American People's-property, for private use under the auspices of authority granted under the Constitution for the United States of America, hour by hour. In reality the corporations, supra have commandeered the courts through Admiralty-jurisdiction and extirpated the Common Law; thus, the merchant-officers violated my/our rights and the rights of the American People as a whole aforementioned written in the Fifth-Amendment to the Constitution for the United States of America. Americans are deprived of their life, liberty and property without law, much less due process of law. Furthermore, the American People are compelled to be witnesses against themselves under the anti-law known as statutes by many organizations claiming to be legitimate government agencies (e.g., FAA, FCC, SEC, IRS, State Highway Patrol, Sheriff, City Police, etc.). These criminals are given their authority and protection from the BAR-Association, the government behind the scenes. Many, if not all, situations aforementioned were/are done while the corporate agents were/are armed and dangerous. This unlawful practice is conducted hourly by the corporate security-guards called police, or agents of policing agencies, against the American People and the American form of government, which witnesses the overthrow of the American government and the American People. "We the People" are commanded and threatened to give information to the corporate security-guards under threat of further charges and violence, which corporate security-guards are protected by the BAR-Association-Attorney's quasi-judiciary when these cases go before them. Thus, the corporate de facto government has taken the American public's properties without just compensation and forced the American People to be a witness against himself or herself when being charged with anti-law statutes. The People are deprived of their life, liberty and property and have now become prisoners, bankrupt [no gold and silver-coins to pay a debt], homeless [eminent domain] and debtors in their own country.

**Rev. 18: 3 "because all the nations have drunk of the wine of the wrath of her whoring, and the sovereigns of the earth have committed whoring with her, and the merchants of the earth have become rich through the power of her riotous living." (See Daniel 7: 25 again.)**

**XXXV and XXXVI** - The First-Amendment to the Constitution for the United States of America, hereby my rights, states, "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances." Since the corporate state, by and through the BAR-Association-Attorneys and their corporate security-guards known as police and agents of policing agencies, declare they own the highways then they can and do force the American People to get a document entitled "driver's license." The language-"driver's license" is a false conveyance of language inasmuch as the word-driver's is a possessive noun that has been converted into an adjective modifying the noun-license; there is no such creature. When properly read this language would be "non-existent license."

Furthermore, the "Federal Aviation Administration" (FAA) has commandeered the public transportation facilities where they require identification in the form of a "driver's license" from a corporate state in order for the American People to travel. Not only is the language-"driver's license" a felony-false conveyance of language but it also confers upon the person that status of being property of the corporate government seeking a privilege. If the corporate government chooses not to grant the permission one could and probably would be restricted from going to the assembly or church of his/her choice and from congregating with people of his/her faith in order to counter the state's-religion of evolution for their children. If the corporate government owns the highway then there would be no freedom of religion. One would have to satisfy the corporate government in order to be allowed access, which would grant the corporate government the authority to determine which religions they consider

appropriate.  In other words, one could and most likely would be restricted to "Internal Revenue Code 501(c)(3)" government corporate churches.

In addition, one could not petition the Government for redress of grievances if one does not have the right of locomotion and movement inasmuch as one could not, without permission from the corporate state, get to a location where they could present the petition.  Just getting to a place where one could present his/her petition one would be in jeopardy of arrest and imprisonment for using the "public highways" without permission.  Thus, the corporate state controls the ability of any human to petition by controlling their access to the thoroughfares.  Hence, the corporate state has overthrown the Constitution for the United States of America in favor of its totalitarian form of government.

Rev. 21: 8  "But the cowardly, and untrustworthy, and abominable, and murderers, and those who whore, and the drug sorcerers, (Doctors?) and idolaters, and all the false, their part is in the lake which burns with fire and sulphur, which is the second death.

**XXXVII and XXXVIII** - The Sixth-Amendment to the Constitution for the United States of America, my rights, states, "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, … and informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence [sic]."  The Sixth-Amendment ibid, does not have in writing any thing about either an Attorney (a merchant) or a license. The BAR-Association, serving a foreign nation, instead overthrew the Constitution for the United States of America's-Sixth Amendment in order to strip the American People of Assistance of Counsel, impartial jury, to be informed of the nature and cause of the accusation, and compulsory process for obtaining witnesses in his favor, wherein the BAR-Association-Attorneys under Admiralty-authority would not have commandeered jurisdiction.  The "Royal Courts" controlled and owned by the BAR-Association have determined that one has to use an Attorney or appear pro se (as your own Attorney) thus, granting jurisdiction to a merchant-tribunal where no law or "rights" under law exist.

Rev. 18 11 – 15  **"And the merchants of the earth weep and mourn over her, because no one buys their merchandise any more – merchandise of gold and silver, and precious stone…and bodies and lives of men."**  (Emphasis added.)  That day has not come, so the buying and selling of human beings is your charge and crime still!

**XXXIX and XL** - The corporate United States and state's-witnesses, the police and other government agents, are protected from charges of perjury under the unlawful Supreme Tribunal's-case "Briscoe Et. al. v. LaHue Et. al., 460 U.S. 325 (1983).  Furthermore, the police and policing agencies have become corporate security-guards working for the corporate government and no longer for the American People, and have a vested interest to give false information as testimony.  This unlawful protection has grown to encompass virtually every government officer, agent, broker or intermediary the prosecutor calls to give testimony against the American Public.  Thus, the America's-People's-right to face their accuser has been stripped from them so that the BAR-Association and corporate merchant-police can mature their conspiracy to overthrow the American People and the American form of government.

Hoshea 12: 7  "A merchant!  In his hand are scales of deceit, he loved to oppress."

**XLI and XLII** – The American People are required to obtain a document called a "Driver's License" before they can use their own highway, thus, making the natural person a highway-merchant.  As a merchant, the natural person allegedly falls under the Uniform Commercial Code through commerce and the corporate government presumes ownership and control of the natural person.  Thus, the person is

annexed and unwittingly dragged into commerce wherein the corporate government usurps jurisdiction. Since the natural person is not informed of this conspiracy and criminal act in order that he/she may make a choice, and since the corporate government writes, prosecutes and enforces Common Law criminal sanctions against the people for not complying with this anti-law (statutes), the BAR-Association and corporate police not only commit the crimes of treason and conspiracy to commit treason, an overthrow of the American form of government and the American People, but also racketeering, criminal fraud, conspiracy in Bills of Pains and penalties, theft, robbery while armed and dangerous, assault and battery, false arrest, false imprisonment, and many other crimes against the America's-People.

Romans 1: 28 - 32  "And even as they did not think it worthwhile to possess the knowledge of Elohim, Elohim gave them over to a worthless mind, to do what is improper, having been filled with all unrighteousness, whoring, wickedness, greed, evil; filled with envy, murder, fighting, deceit, evil habits; whisperers, slanderers, haters of Elohim, insolent, proud, boasters, devisers of evils, disobedient to parents, without discernment, covenant breakers, unloving, unforgiving, ruthless; who, though they know the righteousness of Elohim, that those who practice such deserve death, not only do the same but also approve of those who practices them."  We hereby have never practice law, but we do it!!!

**XLIII and XLIV** – The Banks, operating under the authority of the Federal Reserve, a principal of the BAR-Association, are given permission to create monies out of thin air. Then interest is charged on the use of the mere electronic entries, which would present a false debt and expand into a false national debt. The Federal and state judges and their sibling-merchants in the BAR-Association, along with the other government officers, agents, brokers and intermediaries, support and encourage this Bank-Fraud against the American People.  The Congress is given permission to borrow on the credit of the United States, whatever the United States is, not on the credit of the American People or the States of the Union.  Thus the Legislature cabal joined by the Executive sub-branch and, since 1933, this quasi-Judiciary, succeeded into bankrupting the American People in an attempt to overthrow the American form of government and the American People.  This conspiracy makes debtors of the American People to a discreet cabal headed by the Vatican, and it's Guardian of the Vatican's Treasury:  the Rothschild-Bank-Cartel.

Ya'aqob (James) 5: 1 – 3   "Come now, rich ones, weep, crying aloud over the hardships coming upon you!  …Your gold and silver have become rusty, and their rust shall be a witness to against you and shall eat your flesh like fire.  You have laid up treasure in the last days."  That is now!

**XLV and XLVI** – The sub-branches of government known as the Legislature, Executive and Judiciary [now quasi-judiciary] willfully and knowingly side track the Law and the Rights of the American People in order to fulfill the agenda of a foreign nation and country, namely the Vatican and "The Crown" a/k/a "The City" controlled by the "Guardians of the Vatican's Treasury," the Rothschild-Bank-Cartel. Through criminal actions of the Attorneys, America is being taken into a one-world-government where we will have lost our collective-sovereignty of "We the People" and will become world-subjects under a political arena and force known for its cruelty and inhumanity, the Vatican.  This creature murdered between fifty and sixty million people in the dark-ages, had concentration-camps in Croatia where the Serbs were tortured and many murdered heinously because they refused to join the Vatican "church" before and during "World War II" (see "The Vatican's Holocaust" written by Avro Manhattan.), supported for election two of the most evil people in history, those being Hitler and Mussolini and has an army of Jesuits whose job it is to seize the world for the "mother church."  This is not to say that Catholics are cognizant of the agenda of the Vatican, nor, for that matter, that many people involved with groups are necessarily cognizant of the agenda of the hierarchy of their organization or religion; however, the facts are there and acquiesced to by the Chief Officers addressed herein.  With eyes wide open the BAR-Association and its filial creations such as the "FAA," "FCC," "IRS," etc. are desperately

manipulating the American People into a one-world-government so that they will have the ultimate power and control for their principal. The borders of America are being methodically and systematically shattered for one-world conquest, "The world will follow after the beast." Rev 13: 3

**XLVII and XLVIII** – The Constitution for the United States of America, Article I, Section 8 [3] states, "The Congress shall have Power…To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;". The corporate government has misused this authority to seize absolute power in commerce over the nation. The intent of the founding-fathers was that the several States would be regulated against tariffs, price-gouging, taxes and other such criminal actions against the People from other States or within the same State selling their goods or attempting to sell their goods. This was not intended to regulate the American People by extirpating their rights of locomotion and movement. By requiring specific identification, that identification being a corporate government identifying card such as a "Driver's License" "Pilot's Certificate" and licensing over watercrafts, the corporate government has covertly crippled the rights of the American People. The Law, written in <u>11 Am Jur § 329 Constitutional Law, Personal Liberty</u> states: "Personal liberty largely consists of the right of locomotion – to go where and when one pleases – only so far restrained as the rights of others may make it necessary for the welfare of all other citizens. The right of a citizen to travel upon the public highways and to transport his property thereon, by horse-drawn carriage, wagon, or automobile, is not a mere privilege which may be permitted or prohibited at will, but a common right which he has under his right to life, liberty, and the pursuit of happiness. Under this constitutional guaranty one may, therefore, under normal conditions, travel at his inclination along the public highways or in public places, and while conducting himself in an orderly and decent manner, neither interfering with nor disturbing another's rights, he will be protected, not only in his person, but in his safe conduct." Though this paragraph is not entirely accurate, inasmuch as it addresses the noun-citizen and not the proper noun-Citizen as written in the Constitution for the United States of America thirteen times before the infamous Amendment XIV, it still indicates a natural right of locomotion and movement by the American People. The Federal Corporation and state-Corporations are willfully and knowingly confining the American People to the will of the corporate state by attempting to control the staple right of locomotion and movement, without such right no other rights exist or can be exercised.

**XLIX and L** – Through prior information (a questionnaire sent to prospective jurors) the Prosecutors know the socio-economic level and status of the Grand Jurors and petit jurors they empanel, and with that information he/she impanels the Grand Jury and petit jurors which would be antagonistic to the people whose cases are brought before them for consideration. The judiciary relies on the "voter registration," a false conveyance of language, in order to comprise their lists. It is understood that the "voter's registration" witnesses that the body politic "We the People" lost our **right** to vote long ago. The requirement to register-to-vote demonstrates that voting has become a privilege one can only exercise if he/she seeks permission through a process of registration. Furthermore, in order for a natural person to register to vote the natural person has to declare him or her-self a "United States citizen" and a resident of the state. The word-resident is used to trap the American into a jurisdiction under the corporate state and not as a free American.

To register means to get a **license** to vote. **License**: page 231, English Synonyms, Antonyms and Prepositions copyright 1896: "A permission or privilege granted by an adequate authority, a bounded liberty. In the wider sense, license is an ignoring and defiance of all that should restrain, and a reckless doing of all that individual caprice or passion may choose to do - a base and dangerous counterfeit of freedom."

II Thess. 2: 9, 10 "The coming of the lawless one is according to the working of Satan, with all power and signs and wonders of falsehood, and with all deceit of unrighteousness in those perishing, because they did not receive the love of the truth, in order for them to be saved."

**LI and LII** – The Prosecutor directs and controls the purported investigation of the facts by the Grand Jury in order to control the outcome and usurp jurisdiction over the accused. The Prosecutor embraces the Grand Jury, presents his/her government witnesses and cordons off the Grand Jury so that any investigation is limited to the alleged facts the Prosecutor and his/her witnesses testify to. As shown earlier, the prosecutor's-witnesses are protected from charges of perjury under the unlawful case Briscoe Et. al. v. LaHue Et. al., 460 U.S. 325 (1983). Furthermore, the Prosecutor does not inform the Grand Jury that he/she is acting as a judicial officer; officer of the court, and, therefore, the case would be a judicial self-initiating case, which is un-Constitutional. In other words, the judiciary, through the Prosecutor, could indict a hamburger. This is an overthrow of the American form of government and of the American People.

> **I Timothy 1: 10  "for those who whore, for sodomites, for kidnappers, for liars, for perjurers, and for whatever else that is contrary to sound teaching."**

**LIII and LIV** – In the case "UNITED STATES OF AMERICA v. AUSTIN GARY COOPER, 89-109-Cr-Hoeveler the judge and prosecutor declared that we have dual Citizenship, those being "American Citizen" and "citizen of the United States." The prosecutor in her final argument to the jury declared that "He pays Social Security, he uses the Postal Service; therefore, Mr. Cooper is a United States citizen." I filed lawful documentation to President-George Bush, to Chief Justice William Rehnquist, to the Governor and Chief Justice of Texas, and the Commissioner of Internal Revenue proving the specified contracts to be fraudulent. No one denied the facts enumerated and articulated therein. Further, I proved that the corporate United States and the corporate States use felony-false conveyances of language to gain jurisdiction over the American People unlawfully. He (Austin Gary Cooper) was imprisoned for not paying protection monies to the corporations usurping jurisdiction. Now, this tribunal working for the corporate United States is attempting to disregard this declaration in order to usurp jurisdiction where none exist. After the corporate officers were served and upon the declaration by the officers of sub-status citizenship, that being "citizen of the United States" being contracts trapping the American Citizens under Admiralty-jurisdiction, the officers, through their own declarations, proclaimed knowledge of their overthrow and conspiracy to overthrow the American form of government and the American People.

> II Thess. 2: 2, 3  "Let no one deceive you in any way, because the falling away is to come first, and the man of lawlessness is to be revealed, the son of destruction, who opposes and exalts himself above all that is called Elohim or that is worshipped, so that he sits as Elohim (The "bench".) in the Dwelling Place of Elohim, showing himself that he is Elohim."

**LV and LVI** – Amendment II of the Constitution for the United States of America states, "A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear arms, shall not be infringed." The corporate United States, Federal Reserve, BAR-Association, Internal Revenue and sub-corporations known as the "States of: e.g., Texas" have written, prosecuted and enforced statutes, the abrogation of law, restricting and licensing the keeping and bearing of arms. The corporate security-guards do, however, keep and bear arms, and through their possession of arms do rob and pillage the American People. The unalienable Right to keep and bear arms was and is intended to create security and a threat to invasion from within the country or abroad. The four corporations and numerous sub-corporations have overthrown and conspired to overthrow the American form of government and the American People by willfully and knowingly and with malice aforethought prosecuting the American People for exercising their unalienable Rights such as Amendment II, ibid.

> Yo'el 3: 10  "Beat your ploughshares into swords and your pruning-hooks into spears, let the weak say, 'I am strong.'" Also found in Mikah 4: 3

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 28 of 43

**LVII and LVIII** – The human persons of the corporate state are abducting our children under the guise of protection and the auspices of statutes, the anti-law, and engaging in the business of selling human persons for their own gain.  The gain the corporate state is receiving is to charge the "taxpayer" for taking the child and placing the child in a state-institution or under foster care.  Then the state charges the parent for the care, double dipping.  The business is augmented by the anti-laws wherein the parent is charged with child-abuse if he/she/they discipline(s) his/her/their child and child-neglect if he/she/they do(es) not discipline his/her/their child.  The child has been annexed at birth whereat the humans of the corporate state force a contract known as a birth-certificate under the authority of the corporate state and the nefarious "Social Security Administration" requiring the child to have a "Social Security Number" which contracts are both felonies-false conveyances of language in and of their selves.  In hearings the judge espouses that the child is his/hers, thus, witnessing that the child has been annexed.  Further, the corporate state conditions the human People that they have to have a "marriage license" before getting married, and that a proper marriage under the law is either not recognized or frowned upon.  The language-"marriage license" is defined in "Black's Law Dictionary, Fifth Edition" as, "A license or permission granted by public authority to persons who intend to intermarry usually addressed to the minister or magistrate who is to perform the ceremony, or, in general terms, to any one authorized to solemnize marriages.  By statute in most jurisdictions, it is made an essential prerequisite to the lawful solemnization of the marriage."  The word-intermarry is defined as "see Miscegenation."  The word-miscegenation is defined as, "Mixture of races; marriage between persons of different races, as between a white person and a Negro."  Liberty informs us that we have the right to marry.  It is an established condition of equity and law that if someone has to seek a license that the alleged entity granting the "license" presumes the authority and parent-ownership over the licensed venture or action.  Thus, the corporate state assumes ownership over any human seeking a "marriage license" as a corporate "Parens patriæ" a/k/a corporate "Surrogate parent," which standing is used to deprive a human person of liberty and freedom guaranteed under the law and in the Constitution for the United States of America.  This would then perpetuate a belief and authority that any one seeking a "marriage license" would then grant ownership of the fruits of their marriage, e.g., their children, to the corporate state; hence, this is treason and a conspiracy to commit treason against the American People and the America form of government.

Rev. 18: 13  "…buys…and bodies and lives of men."  Using humans as merchandise!

**LIX and LX** – The corporate government forces the introduction of fluoride, a dangerous nerve-poison, into the water-systems supplying water to hundreds of millions of American People.  Fluoride is a severe nerve-poison, it kills nerve-cells as it proceeds to release to the next cell.  Further, the intensely small negative fluoride-ion coordinates with iron and destroys hemoglobin.  There are hundreds of documented studies proving that fluoride is of great harm to individual health and of no use in dentistry.  Fluoride has a de-scaling action; it removes fungus spot, rust, and every other contaminant that has been collecting for decades in the pipes.  It doubles the rate of corrosion in iron-pipes.  The Nuremberg-court, set to try Nazi-war-criminals, executed many of the criminals for experimenting on single or multiple human-subjects without their permission.  The Attorneys and other government officers, agents, brokers and intermediaries, past and present, along with our chemical industry, have been and are implementing human-experimentation in the place known as the body-politic called these United States of America minute by minute.  The corporate government strives to, amongst other heinous activities, diminish the health of the American People so that the one-world-government-regime can more easily overpower the American People and force same under its tyrannical regime.

Rev 22: 15  "But outside are the dogs and those who enchant with drugs (Doctors?), and those how whore, and the murderers, and the idolaters, and all who love and do falsehood."

**LXI and LXII** – It has recently come to our attention that another way the corporate tribunals usurp jurisdiction over the American People is through the Supreme Tribunal-case entitled <u>Davis vs. Elmira Savings</u>, 161 U.S. 275 (1896), wherein it was declared that banks are instrumentalities of the Congress. In other words, the interstate system of banks is the private property of the corporate United States acting as King over the American People in an attempt to overthrow the American People and the American form of government.  The documentation the bank presents to be signed generally has the language, "The undersigned hereby agrees to abide by all of the Rules of this Bank."  In the banks-rules it has language that contracts a natural person that he/she/they agree to abide by all of the administrative rulings of the Secretary of the Treasury, among other things, thus, attempting to create a contract between "We the People" and the banks alleged principal, the corporate United States.  The Supreme Tribunal committed treason and conspired to commit treason in the case herein referenced, inasmuch as the Congress is a product of "We the People," just as the Executive and Judicial Branches are.  These are sub-branches of government, which is why the natural persons filling the positions of government are called "public servants."  This means that the banks are only instrumentalities of Congress in relation to the other two sub-branches of the sub-government, not in relation to the principal [We the People, a collective sovereignty] of the three sub-branches.  Hence, for the Supreme Tribunal to take the government of "We the People" and nefariously claim that their [We the People] creation [Congress] can covertly create a sub-creation [banks], which sub-creation could and has bound "We the People" under the creation [Congress] by contract with the sub-creation [banks] and into the jurisdiction of the Executive branch under the Secretary of the Treasury is patently treasonous and criminal fraud.

Mikah 2: 1  "Woe to those plotting wickedness, and working out evil upon their beds!  In the light of the morning they practice it, because it is in the might of their hand."   Ya'aqob 1: 22  "And become doers of the Word, and not hearers only, deceiving yourselves."

### Count LXIII.  Conspiracy against my rights, Thee Bill of Rights.

**The Accused sent me a document entitled "Summons" and demanded no threat of fine or imprisonment that I appear to give testimony and provide my natural 'person'.  The document does not have legitimate lawful actions or statements,  but the Accused purports to order me to turn ourselves in to create a jurisdiction through fraud and piracy.**

### Count LXIV. Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001.

The BAR-Association, United States, State, County, City and Town have represented no one as an injured party.  It has, however, represented itself as a principal.  This tribunal, judge and prosecutor have represented themselves as a Court-of-Law.  The judge and prosecutor are Attorneys at law.  The word Attorney is taken from the words:

> **Attorn** / v. Me. [Origin French. atorner, aturner assign. appoint, f. a-torner turn v.] 1. v.t. Turn; change, transform; deck out. 2. v.t. Turn over (goods, service, allegiance, etc.) to another; transfer, assign.  3. v.i. Transfer one's tenancy, or (arch.) homage or allegiance, to another; formally acknowledge such transfer. Attorn tenant (to) Law formally transfer one's tenancy (to), make legal acknowledgment of tenancy (to a new landlord). – Oxford English Dictionary 1999.
>
> **Attorn**, v.i. [Latin ad and torno.] In the feudal law, to turn, or transfer homage and service from one lord to another.  This is the act of feudatories, vassals or tenants, upon the alienation or the estate. – Webster's 1828 Dictionary.
>
> **Attornment**, n. The act of a feudatory vassal or tenant, by which he consents, upon the alienation of an estate, to receive a new lord or superior, and transfers to him his homage and service. – Webster's 1828 Dictionary.

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 30 of 43

**Attornment** n. the transference of bailor status, tenancy, or (arch.) allegiance, service, etc., to another; formal acknowledgment of such transfer: lme. – Oxford English Dictionary 1999.

Thus, it is clear that an Attorney is one who **transfers or assigns, within the BAR, another's rights and property, acting on behalf of the ruling crown ("The Crown" a/k/a "The City" in London, England).** In other words, when Attorneys call themselves officers of the court, they are correct in that they are all government agents; however, they serve a foreign government. The American people are deceived into believing that they are neutral and working on behalf of justice, not serving their BAR-Association.

Moreover, in Law (common law) the accused has the right to face his/her/their accuser to determine the relationship of responsibility and, if responsibility exist, the extent of injury. There has been no publication stating precisely who the injured party is in this cause. Hence, under the common law, UCC § 1-103:6 and Texas VTCA, Bus & C § 1.103 states that "The Code cannot be read to preclude a common law action," therefore, I/We demand publication of the specific name and title of the alleged injured party initiating this cause, and documentation of the alleged injury suffered by this alleged injured party.

Nahum 3: 16, 17 "You have increased your merchants more than the stars (70% of all attorneys are in the U.S.) of heavens. The locust shall strip off and fly away. Your officials are like the locusts, and your marshals are like the great grasshoppers…" Destruction of any "beauty" of life and liberty!

## Count LXV. Conspiracy in a Bill of Pains and Penalties and criminal fraud.

Clearly, the law supports the Right of natural-persons to be secure in their persons, houses, papers and effects when the alleged probable cause is a fishing expedition. There is no law to substantiate the alleged authority of the Accused to force me to do anything, desiring to make me and my husband, subjects, and we hereby do not partake, "non-assumpsit", in this conspiracy of extortion-instrument, to commit many crimes against us, drowning us and The Peoples Equity.

## Counts LXVI through LXVIII.
## Count LXVI. Conspiracy to commit fraud; Count LXVII. Criminal Fraud; Count LXVIII. Bills of: Attainder; Pains and Penalties

The law (common law), supra, secures our referenced unalienable Rights. Your tribunals, represented as "Courts of Law," only service statutes, ordinances, regulations, etc. As shown, statutes are not law, but the abrogation of law." An abrogation of the law would mean that the statutes are written and enforced out-side of the law by outlaws. Statutes do not secure unalienable Rights, but create civil rights/remedies. Civil rights/remedies are merely a condition of politics and are at best whimsical, abstruse, ambiguous and abstract. Further, there are over 3 million-(3,000,000) Statute and law-books in the Library of Congress and well-over 60 million-(60,000,000) statutes written therein.

Moreover, statutes are written by the BAR-Association and are both ambiguous and abstruse in construction. To attempt an understanding of this colorable law, one has to employ one of the BAR-Association's officers of the court (Attorneys at law). The judicial prerequisites for Attorneys at law on the Federal level and in most States are: to earn a baccalaureate degree from an approved university; take and pass an entrance exam to an approved law school; pass the scrutiny of the admissions officer; attend and graduate from the approved law school; take and pass the BAR-Association exam proffered and graded by law professionals; **join the BAR-Association (a private corporation);** and, serve an informal internship. **Mind you, after all that, most Attorneys lose more than half their cases.** Thus, the "experts" do not understand the statutes. Yet the responsibility and punishment doled out by the judiciary burdens solely the natural person and res of the public. Therefore, if it takes such education to attempt an understanding of the statutes, then it is reasonable that neither the average American Citizen nor corporate U.S. citizens could comprehend such ambiguities and complexities. These facts support

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 31 of 43

that in most cases, as applied to the American public, statutes, and their filial relations, are Bills of: Attainder; and Pains and penalties supported by fraud (constructive and actual); menace; duress; and undue influence.

Logically, neither "American Citizens" nor "citizens of the United States" are informed as to the "Nature and cause of the accusations;" a prerequisite under Amendment VI, Constitution for the United States of America. These facts bear that even the majority of the officers of the court do not understand these colorable laws, yet hourly, many Americans and U.S. citizens are murdered, assaulted, imprisoned, fined, and have their property seized/ impounded/stolen through enforcement of this colorable law (statutes). Furthermore, the land of the free and home of the brave now has the largest prison, probation and parole population in the world.

I Yohanan 3: 15, 17 "Everyone hating his brother is a murderer…But whoever has this world's goods, and sees his brother in need, and shuts up his tender affections from him, how does the love of Elohim stay in him?"

Black's Law 5th Edition Dictionary. Constitutional powers. The right to take action in respect to a particular subject matter or class of matters, involving more or less of discretion, granted by the constitution to the several departments or branches of the government, or reserved to the people. Powers in this sense are generally classified as legislative, executive, and judicial and further classified as enumerated (or express), implied, inherent, resulting, or sovereign powers… "Where Congress exceeds it authority relative to the States, therefore, the departure from the constitutional plan cannot be ratified by the 'consent' of state officials. An analogy to the separation of powers among the Branches of the Federal Government clarifies this point. The Constitution's division of power among the three Branches is violated where one branch invades the territory of another, whether or not the encroached upon Branch approves of the encroachment." New York v. United States (1992), 112 S. Ct. 2408, 120 L.Ed.2d 120.

**The Governor of each state is responsible to the Constitutional Bill of Rights for the protection of its "natural born citizens." …Governor is bound to the Constitution regardless of "foreign" treaty. California Code 22.2**

## Counts LXIX and LXX
### Count LXIX. Racketeering through false conveyance of language; Count LXX. Bill of Pains and penalties

The Accused acting for the corporations known as the Internal Revenue, United States, State of Texas, etc. operates under the "Uniform Commercial Code § 10-103," wherein it states that any act or part of an act inconsistent with this act is hereby repealed. Thus, the rights of the American people have been repealed. This language opened the door for the corporate State, County and City to write statutes replete with false conveyances of language in order to overthrow the American form of government.

Through willful and knowing deception the BAR-Association and Rothschild Bank-Cartel [hereinafter Bank-Cartel] United States totalitarian government and the Accused have usurped all rights and powers over the American people through felonious false conveyance of language, herein listing but a few:

**Adjective~Noun**

| | | |
|---|---|---|
| Driver's License | Business Tax | District Attorney |
| Marriage License | Income Tax | Police Officer |
| Business License | Vehicle Registration | Court Clerk |
| Occupational License | Building Permit | Case Number |
| Property Tax | Attorney General | County Sheriff |

**Adjective~Adjective~Noun**

| Social Security Number | District Court Judge | Bandera County Court |
| Municipal Court Judge | Circuit Court Judge | Texas Driver License |

As the professionals, the legislative, executive and judicial branch-people, well know, these phrases begin with a noun and end with a noun in their proper sense. However, when placed together the first noun modifies the second noun, which thereby converts the first noun into an adjective. Thus, Driver, Marriage, Business, Occupational, Property, Business, Income, Vehicle, Building, Attorney, District, Police, Court, Case and County have all been relegated to the role of adjective used to modify the nouns: License, Tax, Registration, Permit, General, Attorney, Officer, Clerk, Number and Sheriff, respectively. Additionally, the language Social, Municipal, District, Circuit, Bandera and Texas become adjectives inasmuch as they modify the nouns Security, Court, County and Driver; and, Security, Court, County and Driver become adjectives inasmuch as they modify the nouns Number, Judge, Court and License, respectively.

The corporate government has placed one out of every thirty Americans in prison, on probation or parole. Large sums of funds are taken in hourly through these false conveyances of language to the destruction of the American people to feed the socialistic behemoth totalitarian government created through these usurpations of power and authority perpetrated by the BAR and its cohorts. While calling top officials of the STATE, the COUNTY, the CITY and the TOWN we have supported that the officials do not know their own statutes and ordinances, yet **they** imprison, place on probation or parole, steal the monies or murder the American people minute-by-minute.

### Count LXXI. Falsification of documents.

The Accused sent me a document entitled "Summons in a criminal case" and had no said consequences of fine or imprisonment that I appear to give my personal "being" to surrender to them. The document does not have any proper language but the Accused purports to order me grant jursidiction under threat on a fishing (pirate) expedition.

For the crimes committed against me and my kidnapped terrorized husband, Austin Gary Cooper, in addition to a demand for criminal prosecution, I hereby serve this "Bill for the Debt, Payment Due Upon Receipt" on the parties listed as the Interested Parties infra, listed numbers 1 through 3, to be paid jointly or severally, forthwith:

### Counts LXXII, LXXIII, LXIV.  Aggravated Kidnapping.

31 Am Jur Pg. 349 § 1. "The crime is defined in the Bible, and the punishment is fixed therein with the exactitude of a penal statute- "He that shall steal a man and sell him, being convicted of the guilt, shall be put to death."(2) Excodus XXXI 16:  Deuteronomy XXIV 7.

As known that the United States Marshals have sold him under a "commercial bond" as to sell a human being, Austin Gary Cooper, for commodity and merchandise and "filthy gain".

§ 3. Federal Kidnapping Act. – "...passed in 1932, and provided in part that whoever knowingly transported, or caused to be transported, or aided or abetted in transporting in interstate or foreign commerce, any person who was unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, or carried away by any means whatsoever and held for ransom (extortion) or reward, could upon conviction be punished by imprisonment in the penitentiary for such term of years as the court determined. 19. Goocyh v United Sttes, 297 US 124, 80 L ed 522, 56 S Ct 395;  Brooks v United States (CA4th NC) 199 F2d 36.

### Counts LXXV, LXXVI.  Malicious abuse of legal process. 03-B-1127(PAC)

In previous civil action number 03-B-1127(PAC) jurisdiction was never granted to the tribunal despite all of the attempts to do so. When the tribunal had exhausted all attempts to maliciously and forcefully have jurisdiction granted, their only remaining action was to have myself and Mr. Cooper released. Even though "officers/Accused" tyranny and corruption is relentless, Mr. Cooper has established that he will never give jurisdiction to this paganistic, fictious entity, therefore the accused have exhausted all attempts to gain jurisdiction, and their only remaining action is to release Mr. Cooper immediately. Any action other than this will be usurping and action of terrorism in an attempt of making Mr. Cooper and myself Prisoners of War.

**30A Am Jur** § 77, pg 46 "A judge acting without jurisdiction is but an individual falsely assuming an authority he does not possess. Glazar v Hubbard, 102 Ky 68, 42 SW 1114, 39 LRA 210, 80 Am St Rep 340.

30A AmJur§ 80, pg. 50. "Effects of Negligence or Motives; Bad Faith, Malice, or Corruption." Pg 51. "If guilty of misconduct, judges may be impeached or removed, and this is the only manner in which they can be called to account in such cases. This is universally true with respect to judges of couts of general jurisdiction, even where they act in excess of their jurisdiction." This is proven on its face! See "facts" of said "complaint". In this, our Right, Thee Rights are being maliciously stalked in it that it states: "Freedom of press, Commonwealth v Nichols, 301 Mass. 584, 18 N.E.2d 166, 167; Near v State of Minnesota ex rel. Olson, 283 U.S. 697, 51 S. Ct. 625, 628, 75 L.Ed..1357;" I/We have full Rights to operate without restraint our lawful calling of business and said web-sites.

97-280 97ᵗʰ Congress Declares the Bible "The Word of God" [S.J.Res.165]96 Stat. 1211 October 4, 1982. Joint Resolution authorizaing the requesting the President to proclaim 1983 as the "Year of the Bible." As for which Thee Bill of Rights is complementary to the said Law of the Universe and our Heavenly Father Yahuah our Elohim.

### Counts LXXVII through CVII Malfeasance of officers.

Every merchant has an affirmation to uphold and protect the Constitution as seen in attachment B, and in so doing the actions of every merchant mentioned here is committing willful criminal negligence. Stating the facts supra, the charge is hereby solidified.

Black's Law 5ᵗʰ Edition Dictionary" Malfeasance. Evil doing; ill conduct. The commission of some act which is positively unlawful'…unjust performance of some act which the party had no right or which he had contracted not to do…wrongful conduct that affects, interrupts or interferes with the performance of official duties. State ex rel. Knabb v. Frater, 198 Wash. 675, 89 P2d 1046, 1048.

### Count CVIII. Wrongful Inprisonment

As evidenced by the previous case, case number 03-B-1127(PAC), I was wrongfully imprisoned for a period of six months, Austin Gary Cooper was wrongfully imprisoned for a period of eight months, and in this instance Austin Gary Cooper has been wrongfully imprisoned since 6-28-2006 C.E. All of the forementioned instances have been without charge.


# Bill for the Debt, Payment Due Upon Receipt

# <u>False Imprisonment</u>

| Item | Cost Jointly and severally | Interest at 1.5 % / Month after first month | Sub-total | Total |
|---|---|---|---|---|
| Treason | 100,000.00 Dollars per count | No Interest Applied | 100,000.00 x 31 = 3,100,000.00 | 3,100,000.00 Dollars |
| Conspiracy to commit treason | 100,000.00 Dollars per count | No Interest Applied | 100,000.00 x 31 = 3,100,000.00 | 3,100,000.00 Dollars |
| Criminal fraud | 10,000.00 Dollars per count | No Interest Applied | 10,000.00 x 1 = 10,000.00 | 10,000.00 Dollars |
| Conspiracy to commit fraud | 10,000.00 Dollars per count | No Interest Applied | 10,000.00 x 1 = 10,000.00 | 10,000.00 Dollars |
| Falsification of documents | 10,000.00 Dollars per summons | No Interest Applied | 10,000.00 x 1 = 10,000.00 | 10,000.00 Dollars |
| Racketeering through false conveyance of language | 10,000.00 Dollars | No Interest Applied | 10,000.00 | 10,000.00 Dollars |
| Willful and knowingly making false statement or entries | 10,000.00 Dollars per count | No Interest Applied | 10,000.00 x 1 = 10,000.00 | 10,000.00 Dollars |
| Conspiracy against my rights | 10,000.00 Dollars per count | No Interest Applied | 10,000.00 x 3 = 30,000.00 | 30,000.00 Dollars |
| Enforcement of a Bill of Pains and penalties | 10,000.00 Dollars | No Interest Applied | 10,000.00 x 1 = 10,000.00 | 10,000.00 Dollars |
| Conspiracy in a Bill of Pains and penalties | 10,000.00 Dollars | No Interest Applied | 10,000.00 x 1 = 10,000.00 | 10,000.00 Dollars |
| Aggravated Kiddnapping | 250,000.00 Per Count | No Interest Applied | 250,000.00 X 3=750,000.00 | 750,000.00 Dollars |
| Malicious Abuse of Legal Process | 50,000.00 Dollars Per Count | No Interest Applied | 50,000 x 3=150,000.00 | 150,000.00 Dollars |
| Malfeasance of Officers | 10,000.00 Dollars Per Count | No Interest Applied | 10,000.00 x 30= 300,000.00 | 300,000.00 Dollars |
| Wrongful Inprisonment | 50,000.00 Dollars Per Day | No Interest Applied | 449 Days x 50,000.00 per day as of 7-27-2006= 22,450,000.00 | 22,450,000.00 Dollars as of 7-27-2006 C.E. |

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 35 of 43

| | | | | |
|---|---|---|---|---|
| **Gasoline for Automobile** | As of this date = 50.00 Dollars | No Interest Applied | 50.00 | 50.00 Dollars |
| **Research Material Anderson on UCC Black's Law Dictionary** | 687.00 Dollars<br><br>120.00 Dollars | No Interest Applied | 687.00<br><br>120.00 | 687.00 Dollars<br><br>120.00 Dollars |
| **Punitive Damage** | As of this date = 5,000,000.00 Dollars | No Interest Applied | 5,000,000.00 | 5,000,000.00 Dollars |
| **Monthly Late Fee 1.5% Interest** | As of this date =0 | No Interest Applied | 0 | 0 |
| | | | | |

**To Avoid Collection Enforcement Actions, You Must Immediately**:

- This money is to be paid in the money of account, gold or silver-coin; however, if the Accused does not have the money of account the debt can be paid in promissory notes [e.g., Federal Reserve-Notes], by check or money-order, and it is understood that we "receive" said payment "without prejudice."

- Return this bill with your certified check or money-order.

**If You Do Not Respond To This Bill**:

- Enforcement-actions will be taken against you for the total amount due and owing, plus penalty and/or interest due.
- A lien can be filed against you. This would affect your credit-rating. This lien could be placed against your real property and be a matter of public record.
- All future Bills will be sent by regular mail.

**Be Advised**:

- Interest and other incurred costs shall be added to future billings.
- Interest shall be added to the balance due until full payment is received.
- The interest will be charged at 1.5% per month until full payment is received.

Thanks for your immediate attention regarding this matter.

Martha E. Cooper

**In Summary**

It is an axiom of law and American justice that a natural person is innocent until proven guilty. In a Court-of-Law, we would not have to prove that we were not exceeding our natural and unalienable rights;

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 36 of 43

the burden of proof would be upon the Plaintiff. Moreover, in a Court-of-Law, the complainant and his/its cohorts would be liable for their criminal actions if frivolous and fraudulent.

When an overzealous corporation and its officers arbitrarily decide to deny all the Substantive Rights fought and died for in our great Republic, such tyranny must be disciplined. We suggest that by statutory construction and complacency, a conditioned reflexology has manifested the observation of our fellow human beings as corporate chattel and not free-living human beings. Thus, the corporate government finds itself consumed in a web that demands the property and Rights of the people as a tribute for its leadership. History recognizes that, with noble conviction, the law community assumed a role to champion the Rights of the people, but in the process, Unalienable Rights were lost to contractual (civil/statute) rights granted by man. Hence, instead of profound Rights from the Heavenly Father-Yahuah, secured by Amendments 1-10 of the Constitution for the United States of America, we now have arbitrary rights from man. Instead of a Constitutional "Republic[6]," protecting the Rights of each human being, we now have a creditor (Federal Reserve) democracy promulgating "the good of our (international bankers) majority out-weighs the good of humanity."

This beloved country called America now has the largest prison, probation, and parole population in the world. Since the BAR-Association took over our government, and their avalanche of anti-law-statutes swept over our liberty and justice, burying it under the well over 60,000,000 statutes, the once great patriotic and noble collective sovereignty known as "We the People" has now become a nation of slaves. The BAR-Association's International Criminal Court is the crescendo to the take-over of the world by the Banking-Cartel into a one-world-government; and completes the final extirpation of the Rights, Liberty and Freedom "We the People" once held sacrosanct.

Please remember, however noble the gestures, personal bias and prejudice still cloud human judgment.

**Wherefore,**

    a.    I do not grant jurisdiction of my natural person and/or res to the Accused," nor the merchants therein.

    b.    I demand that the Accused pay compensatory-damage for the crimes committed against me, Martha E. Cooper, of "Six million three hundred twenty thousand eight hundred and fifty seven dollars (6,340,857.00), jointly or severally, in the money of account, see Article I, Section 10 in the Constitution for the United States of America, which, if not tendered in the money of account, that being gold or silver-coin, but paid in "Federal Reserve Notes" or bank-draft, will be received by us without prejudice.

    c.    I demand that the Accused pay punitive-damage for the crimes committed against me, Martha E. Cooper, of One-million-dollars (1,000,000.00) jointly or severally, in the money of account, see Article I, Section 10 in the Constitution for the United States of America, which, if not tendered in the money of account, that being gold or silver-coin, but paid in "Federal Reserve Notes" or bank-draft, will be received by us without prejudice.

    d.    If this tribunal causes me further injury, this "Complaint" shall serve as evidence that all have been forewarned and, therefore, have assumed the posture of accessories after the fact. Further, that willfully and knowingly this tribunal and judges have conspired with the Plaintiff to injure me.

    e.    **I demand my Right to appear before a grand jury** to present this evidence enumerated and articulated herein against the Accused. It should be understood that in the corporate "State of Texas" thus far I have been denied the information needed to address a grand jury on this issue.

Additionally, notwithstanding the **treason**, the BAR-Association's-officers of the court secretly impanel grand juries and plead their causes for indictment. **Such embraceries is published as felonies in**

---

[6] Article IV, Section 4 of the Constitution for the United States, "The United States shall guarantee to Every State in the Union a Republican Form of government."

**the Federal statutes** (see Title 18 United States Code Annotated § 1503 [Tampering with a juror generally] and § 1504 [Tampering with a juror by writing]), **yet your officers of the court are not prosecuted** (selective prosecution, racketeering, conspiracy). Further, there is nothing published stating that an American Citizen or citizen of the United States cannot appear personally, without interference or accompaniment by the BAR-Association's-officer of the court, before a grand jury, but information regarding this course of action is unavailable to the general public.

    f.    This "Complaint," "Account number": <u>FW-2975</u>, and other numbers randomly or with purpose included in this action.

                                                      _secured party_
                                         Martha E. Cooper

### Affirmation

    I, Martha E. Cooper do hereby affirm that the foregoing "Complaint" is true, accurate and correct to the best of our knowledge, information and belief.

                                                       _secured party_
                                         Martha E. Cooper

Texas-State                     :
Bandera-County         : asv.
Bandera-City             :

    Subscribed and sworn to before me this _27th JULY_ day of ~~February 2006 C.E.~~



My Commission Expires: _8-14-2008_
                                       Notary-Public

Seal
                      AARON DANIEL BALES
                      MY COMMISSION EXPIRES
                      August 14, 2008

### Certificate of Service and Interested Parties

    I Hereby Certify that the foregoing "Complaint" was sent certified mail, return receipt requested on this _27th_ day of the 7th month, 2006 C.E.

1.    Merchant-William J. Leone
      U.S. Attorney's Office

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon Receipt – Page 38 of 43

1225 17th Street, Suite 700
Denver, Colorado, 80202
Cert mail-#___7005 0390 0005 2429 1360___

2.   Merchant-Thomas M. O'Rourke
     U.S. Attorney's Office
     1225 17th Street, Suite 700
     Denver, Colorado  80202
     Cert mail-#___7005 0390 0005 2429 1377___

3.   Merchant-Jared E. Dwyer
     Tax Division
     601 D. Street, N.W.
     Washington, DC 20044
     Cert mail-#___7005 0390 0005 2429 1384___

4.   Merchant-Anthony Romero
     Title????
     12600 W. Celfey Ave, #C300
     Lakewood, Colorado 80215
     Cert mail-#___7005 0390 0005 2429 1391___

5.   Merchant-Gregory C. Langham
     U.S. Courthouse
     901 – 19th Street
     Denver, Colorado  80294-3589
     Overnight mail-#___7006-0810-0002-2509-3964___
     Cert.

6.   Merchant-Sherlyn K. Sampson, Clerk
     Larimer County Justice Center
     201 LaPorte Avenue, Suite 100
     Fort Collins, Co 80521-2761
     Overnight Mail #___7006 0810 0002 2509 3971___
     Cert.

7.   Merchant-William G. Putnicki
     U.S. District Clerk's Office
     655 Durango Blvd., Room G65
     San Antonio, Texas 78206
     Overnight mail-#___7006-0810-0002 2509 3988___
     Cert.

8.   Merchant-Pamela A. Mathy
     U.S. Courthouse
     655 East Durango Blvd.
     San Antonio, Texas  78206
     Cert. #___7005 0390 0005 2429 1407___

9.   Merchant-Judge Boyd N. Boland
     U.S. Courthouse
     901-19th Street Rm A-401

Denver, Colorado, 80294-3589
Cert Mail#   7005 0390 0005 2429 1414

10.   Merchant-Attorney-Judith Patton  AUA
      601 N.W. Loop 410 Ste 600
      San Antonio, Texas  78211
      Cert. #   7005 0390 0005 2429 1469

11.   Merchant-Attorney-R. Clark Adams
      Federal Public Defender Blvd.
      727 E. Durango
      San Antonio, Texas  78206
      Cert. #   7005 0390 0005 2429 1476

12.   Colorado Supreme Court
      Attorney Registration
      Dominion Plaza Building
      600 17th Street, Sujite 205-South
      Denver, Colorado  80202
      Ground Mail

13.   Merchant-Sheriff Wilden Tucker
      P.O. Box 607
      Bandera, Texas 78003
      Ground Mail

14.   Merchant-Martin Shoemaker
      P.O. Box 7238
      555 4th Street, N.W. Room 8921
      Washing D.C.  20044
      Cert. Mail #   7005 0390 0005 2429 1483

15.   Merchant-Attorney's General John Ashcroft
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington D.C.  20530-0001
      Ground Mail

16.   Merchant-Chief Justice Rehnquist
      Supreme Tribunal
      U.S. Supreme Court Building
      1 First Street N.E.
      Washington D.C.  20543
      Ground Mail

17.   Merchant-Dennis Montgomery
      208 N. 5th Street, Suite B
      Norfolk, NE  68701
      Cert. Mail #   7005 0390 0005 2429 1490

18.    Merchant-Judge William M. Hoeveler
       301 N. Miami Ave, 9th Floor
       Miami, Fl 33128
       Cert. Mail #_____7005 0390 0005 2429 1421_____

19.    George W. Bush
       Executive Office of the President
       1600 Pennsylvania Ave, N.W.
       Washington D.C. 20500
       Ground Mail

20.    Governor Rick Perry
       Governor Building
       P.O. Box 13246
       Austin Texas 78701
       Ground Mail

21.    Chief Justice Mary Mullarky
       Chief Justice of the Supreme Tribunal
       435 Judicial Building
       Denver, Co 80203
       Ground Mail

22.    Federal Transfer Center
       Inmate: Austin Gary Cooper # 10982050
       P.O. Box 898801
       Oklahoma City, OK 73189-8801
       Overnight Mail #_____

23.    The BAR ASSOCIATION
       A subsidiary of the Templar BAR
       740 15th Street, N.W.
       Washington D.C. 20005-1019
       Ground Mail

24.    Merchant-Judge C. Edward Stirman
       Larimer County Justice Center
       201 LaPorte Ave, Suite 100
       Fort Collins, Colorado 80521-2761
       Cert. Mail #___7005 0390 0005 2429 1438_____

25.    Merchant-Judge Christine A. Carney
       Larimer County (Loveland)
       810 East 10th Street, Suite 110
       Loveland, Co 80537-4942
       Cert. Mail #__7005 0390 0005 2429 1445___

26.    Merchant-D.A. Todd A. Field, Esq.
       Larimer County Justice Center
       201 LaPorte Ave #200

Fort Collins, Co  80521-2763
Cert. Mail #____7005 0390 0005 2429 1452_____

27.   Merchant-U.S. Marshal: Edward Zahren
U.S. Courthouse
1929 Stout Street, Room C-324
Denver, CO 80294
Ground Mail

29.   Merchant-U.S. Marshal: Michael W. Roach
U.S. Courthouse
200 N.W. 4th Street, Room 2418
Oklahoma City, OK 73102
Ground Mail

30.   Merchant-U.S. Marshal: LaFayette Collins
U.S. Courthouse
655 E. Durango Boulevard, Room 235
San Antonio, TX 78206
Ground Mail

31.   Merchant-Attorney General-Greg Abbott
P.O. Box 12548
Austin, Texas 78711-2548
Ground Mail

32.   Merchant-Attorney General-Steven W. May
P.O. Box 12548
Austin, Texas 78711-3548
Ground Mail

33.   Merchant-Sergeant-Steven (what sounded like) Mason
c/o Attorney's-General-Office
P.O. Box 12548
Austin, Texas  78711-2548
Ground Mail

34.   Merchant-Sheriff Jim Alderden
2501 Midpoint Drive
Fort Collins, CO  80525
Cert. Mail #____7005 0390 0005 2429 1506__

35.   Merchant-Texas-Secretary of State-Robert William
Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193
Ground Mail

36.   Merchant-Mark W. Everson
Commissioner of Internal Revenue

Martha E. Cooper – Civil and Criminal Complaint with Bill of Particulars and Bill for the Debt, Payment Due Upon
Receipt – Page 42 of 43

1111 Constitution Ave N.W.
Washington D.C. 20224
Ground Mail

"without Dishonor"

_____
Martha E. Cooper