Attachment "B"

**RECEIVED**

JUN 0 6 2006

Austin Gary Cooper
Without prejudice – c/o
1132 Main Street, 9100-230
Bandera, Texas 78003

Public Information Coordinator
Office of the Attorney General

In The Texas-State

EXECUTIVE ADMINISTRATION
MAIL DISTRIBUTION

JUN 02 2006
ACTION BY: Patricia Martinez
COPY TO: Tona Brocato
Otis McLaner

Account-Number 150849653

Austin Gary Cooper v. the Texas-Secretary of State in his corporate and natural person, and his officers and agents; the Attorney's-General-Office in his corporate and natural person, and his officers and agents.

## Notice and Demand for Oath of Office and Bond-Information.

**RECEIVED**
BY CID DATE 6/5/06
PM

**For the Record:**

All parties served herein have, or should have, full knowledge of the following facts:

Comes Now Austin Gary Cooper Sui Juris, and filing this "Notice and Demand for Oath of Office and Bond-Information." In support, I state the following:

Merchant-Sergeant-Steven (what sounded like) Mason [hereinafter Mason] of telephone-number 512-475-4182 called me on : 26 (Day) : 05 (Mo.) : 2006 : Current Era to question me. He said he worked for the "Attorney's General Office" and was ask to investigate me. This is in regards to documents I sent the Texas-Secretary of State and "Uniform Commercial Code § 1" filings. Merchant-Mason inquired if I was practicing law without a license. I told him it appears that he and the Attorney General are trespassing on my case. He said "No, we are not trespassing on your case." However, the facts support otherwise. I informed merchant-Mason that I was not practicing Law without a license, that there is no license to practice law. It is a fact that there are at least seventy (70) types of law and thirty-four types of jurisdiction in this country, to wit: Absolute law, Adjective law, Administrative law, **Admiralty law**, law of Arms, **Bankruptcy Act, Canon law, Case law, Civil law,** Commercial law, Common law, Conclusion of law, Constitutional law, Consuetudinary law, Conventional law, Criminal law, Customary law, Divine law, Ecclesiastical law, Edict, Enabling statute, Enacted law, **Equity law**, Federal law, **Forest law**, General law, Imperative law, Internal law, International law, judicial decree, judicial opinion, Law arbitrary, law of Citations, law of Evidence, law of Marque, laws of Oleron, law of the Road, Local law, Maritime law, Martial law, Mercantile law, Military law, Moral law, Municipal law, Natural law, Ordinance, Organic law, Parliamentary law, Penal law, Permanent law, Positive law, Private law, Probate, Procedural law, Prospective law, Public law, Remedial law, Retrospective law, **Revenue law**, Roman law, Special law, law of the Staple, **State law, Statute law,** Substantive law, Sumptuary law, Tacit law, **Tax Law**, Unwritten law,

or **Written law**? Each one would require a different approach when addressing the issues. As you know or should know, the words in bold are false conveyance of language and when used by the corporate government to take property, rights or imprison a natural person it is a felony under the common law (fraud) and under the anti-law known as statutes (Title 18 Code of the United States §1001, "Statements or entries generally,"). Neither you having established the type of "Law" used nor the jurisdiction allows you to switch from one to the other without notice which would place your victim on a slippery slope. Additionally, there are other questions of jurisdiction, for instance do you claim jurisdiction of: Admiralty, American Common Law, American Equity-Law, Ancillary, Appellate, Concurrent, Contentious, Continuing, Coordinate, Criminal, Equity, Exclusive, Foreign, General, International, Legislative, Limited, Jurisdiction in personam, Jurisdiction in rem, Jurisdiction quasi in rem, Military, Original, Pendent, Plenary, Primary, Probate, Special, Subject-matter, Summary, Territorial, or Voluntary?

Since merchant-Mason said that he represented the "Attorney's General Office" and he is investigating me then I demand to know and have sent to me:

1. Precisely which of the seventy (70) types of law require a license.
2. A copy of this alleged "license to practice law."
3. What or where is this requirement to obtain a license stipulated and in which law and jurisdiction?
4. Is an "Oath of Office" required in order to be granted this "License to practice law?"
5. Who or what is this alleged "License to practice law" regulated by?
6. It is a fact that the BAR (British Accredited Registry) Association controls the entire judiciary and the Attorney's General-Offices in this country. The BAR Association is owned by the Templar BAR and that is owned and controlled by the Crown in London, England. Thus, the BAR Association and its Attorney-membership are guilty of Treason and conspiracy to commit Treason by overthrowing the American form of Government and the American People. Hence, does the BAR Association have any thing to do with this alleged "License to practice law?"
7. Would not a requirement forcing someone to have a "license to practice law" before they can work within the law create a monopoly?
8. I have served the BAR Association charging them with Treason and Conspiracy to commit Treason each times thirty-one counts, and, notice to principal is notice to agent and notice to agent is notice to principal. No one at the BAR denied or objected to the charges, therefore, you, as a member, have acquiesced to these charges. Do you have any evidence to support that these facts are not true?

or **Written law**? Each one would require a different approach when addressing the issues. As you know or should know, the words in bold are false conveyance of language and when used by the corporate government to take property, rights or imprison a natural person it is a felony under the common law (fraud) and under the anti-law known as statutes (Title 18 Code of the United States §1001, "Statements or entries generally,"). Neither you having established the type of "Law" used nor the jurisdiction allows you to switch from one to the other without notice which would place your victim on a slippery slope. Additionally, there are other questions of jurisdiction, for instance do you claim jurisdiction of: Admiralty, American Common Law, American Equity-Law, Ancillary, Appellate, Concurrent, Contentious, Continuing, Coordinate, Criminal, Equity, Exclusive, Foreign, General, International, Legislative, Limited, Jurisdiction in personam, Jurisdiction in rem, Jurisdiction quasi in rem, Military, Original, Pendent, Plenary, Primary, Probate, Special, Subject-matter, Summary, Territorial, or Voluntary?

Since merchant-Mason said that he represented the "Attorney's General Office" and he is investigating me then I demand to know and have sent to me:

1. Precisely which of the seventy (70) types of law require a license.
2. A copy of this alleged "license to practice law."
3. What or where is this requirement to obtain a license stipulated and in which law and jurisdiction?
4. Is an "Oath of Office" required in order to be granted this "License to practice law?"
5. Who or what is this alleged "License to practice law" regulated by?
6. It is a fact that the BAR (British Accredited Registry) Association controls the entire judiciary and the Attorney's General-Offices in this country. The BAR Association is owned by the Templar BAR and that is owned and controlled by the Crown in London, England. Thus, the BAR Association and its Attorney-membership are guilty of Treason and conspiracy to commit Treason by overthrowing the American form of Government and the American People. Hence, does the BAR Association have any thing to do with this alleged "License to practice law?"
7. Would not a requirement forcing someone to have a "license to practice law" before they can work within the law create a monopoly?
8. I have served the BAR Association charging them with Treason and Conspiracy to commit Treason each times thirty-one counts, and, notice to principal is notice to agent and notice to agent is notice to principal. No one at the BAR denied or objected to the charges, therefore, you, as a member, have acquiesced to these charges. Do you have any evidence to support that these facts are not true?

9. In the present case in question I served each party with these facts and no one denied or objected to these facts, therefore, they have acquiesced to the charges. Do you have any evidence to support that these facts are not true?

I am sure that you will have no difficulty supplying me with this information quickly.

Furthermore, I am under the belief that you each have undertook to declare an Oath of Office before assuming your duties, however I do not know precisely where that Oath of Office is filed, when it was allegedly filed or what the precise language was on the Oath. Hence, to keep this action in the proper arena I demand to know precisely where each of you involved in this action has your oath of office filed. Further, I hereby demand that a certified copy of each of your Oath of Office be sent to me post-haste. In addition, I demand that you submit to me each of your bond-numbers, the bond-amount and precisely who is underwriting each of your-bonds. Logic would dictate that if your intention is to administer right-ruling under the proper Law that you would have no problem with this demand; after all, I have placed my bond on this case.

Furthermore, I demand to know that if there are any other parties in this case representing the corporate State of Texas as its officer(s), agent(s), broker(s) or intermediary(ies) intending the violate my rights are bonded and what their bond-number, bond-amount and who is underwriting their bond.

It is a fact that the facts enumerated and articulated in my previous served documentation to the Commissioner-Accused and their officers and agents have not been denied, objected to, or refuted and, therefore, all have acquiesced to the charges and the Bill for the Debt listed therein.

**Wherefore,**

a. To keep this action in the proper arena I demand to know precisely where each of you has filed your oath of office and to be sent post-haste a certified-copy of your oath of office for your present position in the government.

b. I demand that each of you send to me information about your bond-numbers, bond-amount and precisely who is underwriting each bond.

c. This "Notice and Demand for Oath of Office and Bond-Information," is to be filed into this action.

d. If within ten (10) days you do not produce evidence to the contrary, along with complying with the other specificities in this document you acquiesce to the facts and statements articulated herein. Failure to object timely means you have waived the objection.

e. Within ten (10) days I demand that the appropriate action be taken and that my five (5) documents sent to the Texas-Secretary of State identified as "UCC-FINANCING-STATEMENT" be properly filed and sent to me showing this action or I will consider that the parties served herein have voluntarily chosen to trespass on my case, deny me due process of law, conspire against my rights and commit mail-fraud. Further, this will support that I have been conspiratorially denied any remedies wherein the Accused have acquiesced to the charges and debt addressed and that by conspiracy by the parties served herein that my administrative remedies in this State have been exhausted.

Austin Gary Cooper

### Avouchment

I, Austin Gary Cooper, do hereby avow that the foregoing "Notice and Demand for Oath of Office and Bond-Information" is true, accurate and correct to the best of my knowledge, information and belief.

Austin Gary Cooper

Texas-State          :
Bandera-County       : asv.
Bandera-City         :

Subscribed and sworn to before me this- : 30 (Day) : 05 (Mo.) : 2006 C.E.

My Commission Expires: 1-14-08

Notary-Public

Seal


AARON DANIEL BALES
MY COMMISSION EXPIRES
August 14, 2008

### Certificate of Service and Interested Parties

I Hereby Certify that the foregoing "Notice and Demand for Oath of Office and Bond-Information" was sent certified mail, return receipt requested on this- : 30 (Day) : 05 (Mo.) : 2006 C.E. to be filed into the account-number supra, to:

1. Attorney General-Greg Abbott
   P.O. Box 12548
   Austin, Texas 78711-2548 78711
   Certified Mail, return receipt requested # 7003 0500 0001 0442 1399

Austin Gary Cooper – Notice and Demand for Oath of Office and Bond-Information – Page 4 of 5

2. Merchant-Sergeant-Steven (what sounded like) Mason
   c/o Attorney's-General-Office
   P.O. Box 12548
   Austin, Texas 78711-2548 78711
   telephone-number 512-475-4182
   Certified Mail, return receipt requested # <u>7003 0500 0001 0442 1429</u>.

3. Office of the Texas-Secretary of State
   Attn: Roger Williams, your officers, agents and To Whom It May Concern
   Uniform Commercial Code
   P.O.-Box 13193
   Austin, Texas 78711-3193
   Certified Mail, return receipt requested # <u>7003 0500 0001 0442 1436</u>.

*/s/ Austin Gary Cooper*



In the name and by the authority of

# The State of Texas

Filed in the Office of Secretary of State

JAN -2 2003

Statutory Documents

## OATH OF OFFICE

I, __Greg Abbott__, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of __Attorney General__ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
Affiant

SWORN TO and subscribed before me by affiant on this __2nd__ day of __January__, __2003__.

_____
Signature of Person Administering Oath

__Alisa K. Ried__
Printed Name

__Notary Public__
Title

(Seal)
ALISA K. RIED
Notary Public, State of Texas
My Commission Expires
JANUARY 08, 2006

See Reverse Side
for Instructions
Revised November 2001

Form #2204

In the name and by the authority of

# The State of Texas

## OATH OF OFFICE

I, _Steven W. May_, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of _The Attorney General_ of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_Steve W May_
**Affiant**

SWORN TO and subscribed before me by affiant on this __5__ day of _January, 2004_.

_Karen S. Seidel_
Signature of Person Administering Oath

_KAREN S. SEIDEL_
Printed Name

_Program Administrator_
Title

(Seal) KAREN S. SEIDEL
Notary Public, State of Texas
My Commission Expires
SEPTEMBER 24, 2005

*See Reverse Side for Instructions*
*Revised August 1999*

Form #2204

Filed in the Office of
Secretary of State

DEC 02 2002   10:45am

Statutory Filings Division
Statutory Documents

# Statement of Elected or Appointed Officer

(Pursuant to Tex. Const. Art. XVI, §1(b), amended 2001)

## Position to Which Elected:
**Attorney General of Texas**

I, Greg Abbott, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.

Signed December 2, 2002, in Austin, Travis County, Texas.

_____
Greg Abbott



PLEASE TYPE OR PRINT LEGIBLY
PROVIDE ALL REQUESTED INFORMATION

Filed in the Office of
Secretary of State

DEC 20 2002

Statutory Documents

# STATEMENT OF ELECTED/APPOINTED OFFICER

*(Pursuant to Tex. Const. art. XVI, §1(b), amended 2001)*

I, ___Greg Abbott___, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING STATEMENT AND THAT THE FACTS STATED THEREIN ARE TRUE.

12/19/02
Date

[signature]
Affiant's Signature

Attorney General
Position to Which Elected/Appointed

Austin, Travis County
City and/or County

Form No. 2201

In the name and by the authority of

# The State of Texas

## OATH OF OFFICE

Filed in the Office of
Secretary of State

DEC -2 2002

Statutory Filings Division
Statutory Documents

I, Greg Abbott, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Attorney General of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_Greg Abbott_
Greg Abbott

SWORN TO and subscribed before me by Greg Abbot, on this 2nd day of December 2002.

_Thomas R. Phillips_
Signature of Person Administering Oath

Printed Name: _Thomas R. Phillips_

Title: _Chief Justice Supreme Court of Texas_