

ary Cooper &
artha E. Coo
ithout prejudice
132 Main Street,
3andera, Texas 78003

7006 0810 0002 2509 3964

5.    Merchant-Gregory C. Langham
      U.S. Courthouse
      901 – 19th Street
      Denver, Colorado  80294-3589

KERRVILLE
TX
JUL.29.06

# 0000024026