Martha E. Cooper
Austin Gary Cooper
Without prejudice – c/o
3100 Main Street., 9100-230
Bandera, Texas 78003

*06-cv-01561-CBS*

**The Texas-State**
**In the City known as Bandera**
**In the County of Bandera**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 9 2006

GREGORY C. LANGHAM
CLERK

Alleged-Account-Number; 06mj01111
Alleged-Account-Number, 06-mj-0111-BNB
Alleged-Account-Number, 06-mj-0111-BNB-2
Or any maliciously created alleged-account-number.

Martha E. Cooper, a natural person, Accuser v. The corporate United States,  Merchants- Merchant-William J. Leone, Merchant-Thomas M. O'Rourke, Merchant-Jared E. Dwyer,  Merchant-Anthony Romero, Merchant-Gregory C. Langham , Merchant-Sherlyn K. Sampson, Merchant-William G. Putnicki, Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland, Merchant-Judith Patton, Merchant-R. Clark Adams, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden,
Merchant-Attorney's General John Ashcroft, Merchant-Chief Justice Rehnquist, George W. Bush, Governor Rick Perry, Chief Justice Mary Mullarky, , Merchant-U.S. Marshal: Edward Zahren, Merchant-U.S. Marshal: Michael W. Roach, U.S. Marshal: LaFayette Collins Merchant-Sheriff Wilden Tucker, Merchant-Attorney General-Greg Abbott,  Merchant-Attorney General-Steven W. May, Merchant-Sergeant-Steven (what sounded like) Mason, Merchant-Texas-Secretary of State- Robert William, Merchant-Mark W. Everson, et al.   Said tacit will become 'acquiesce', for such ethics have been violated and conclude that they, willfully and conscientiously desire to become the Accused.

**Civil Complaint for Damages; Formal and Constructive Notice; Criminal Complaint with Bill of Particulars, and an "Information" in a Criminal Case; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused herein listed.  I hereby charge and support the crimes by the Accused of: Treason times thirty-one (31)  counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties Racketeering through false conveyance of language; Falsification of documents and Fraud by deception.  Malfeasance of officers, Malicious abuse of legal process**

**"The claim and exercise of a Constitutional Right cannot be converted into a crime." Miller v. U.S.**
Exhibit A. reiterates the accused perjury and willful corruption of our said Rights. *10a - 10e .*

(And Yahuah of Hosts has said,) **"And he who kidnaps a man and sells him,
or if he is found in his hand, shall certainly be put to death."**
Shemoth (Exodus) 21: 16

## Declaration of Acquiescence by the Accused

Comes Now Martha E. Cooper, Sui Juris, Appearing Specially, Not Generally Or Voluntarily, In propria persona (my natural person), not granted jurisdiction of this tribunal, and filing this "Declaration of Acquiescence by the Accused to the commission of the capitol Crimes of Treason times thirty-one (31) Counts and Conspiracy to commit Treason times thirty-one (31) Counts, Treason times thirty-one (31) counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties Racketeering through false conveyance of language; Falsification of documents and Fraud by deception. Malfeasance of officers, Malicious abuse of legal process, plus the aggravation of willful and knowing false representation of Article I Tribunals as Article III Courts, Conversion, Extortion, and Fraud by deception, and Bill for the Debt, Payment Due Upon Receipt sent for filing certified mail, return receipt requested on the 7th month, 28[th] day, 2006 C.E." In support, I state the following:

On the 7th month, 28th day, 200**6** C.E. I sent for filing into "The Texas-State", and "The Colorado State," under Alleged-Account-Number; 06mj01111, Alleged-Account-Number, 06-mj-0111-BNB, Alleged-Account-Number, 06-mj-0111-BNB-2, or any alleged account-number created to continue this said treason by the accused, a counterclaim entitled Civil Complaint for Damages; Formal and Constructive Notice; Criminal Complaint with Bill of Particulars, and an "Information" in a Criminal Case; and, A Bill for the Debt, Payment Due Upon Receipt against the Accused herein listed. I hereby charge and support the crimes by the Accused of: Treason times thirty-one (31) counts, Conspiracy to commit treason times thirty-one (31) counts, Conspiracy against my rights; Aggravated Kidnapping; Willfully and knowingly making false statements and misrepresentations, "Statements or entries generally" Title 18, U.S.C.A. § 1001; Conspiracy to commit fraud; Criminal Fraud; Bill of Pains and Penalties Racketeering through false conveyance of language; Falsification of documents and Fraud by deception. Malfeasance of officers, Malicious abuse of legal process; etc.

**"Waiver of Perjury-Immunity," an "Affidavit of Facts" and a "Notice of Surety-Act and Bond."** These documents were sent to Merchants- Merchant-William J. Leone, Merchant-Thomas M.

O'Rourke, Merchant-Jared E. Dwyer, Merchant-Anthony Romero, Merchant-Gregory C. Langham , Merchant-Sherlyn K. Sampson, Merchant-William G. Putnicki, Merchant-Magistrate-Pamela A. Mathy, Merchant-Magistrate-Boyd N. Boland, Merchant-Judith Patton, Merchant-R. Clark Adams, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden, ., **and no one objected.** All parties signed for the mail by their representative(s) and/or registered-agent dated "8-1-0**6**" and/or before, and the receipts were delivered to me by the workers of the Post-Office. **No objections or denials were filed.** The Accused had ample time to refute the charges and Bill for the Debt but voluntarily choose to acquiesce.

I had not completed the accused list in the document entitled "Waiver of Perjury-Immunity" I sent for filing an "**Amended Waiver of Perjury-Immunity**" to all parties, those being: Merchant-Attorney's General John Ashcroft, Merchant-Chief Justice Rehnquist, George W. Bush, Governor Rick Perry, Chief Justice Mary Mullarky, , Merchant-U.S. Marshal: Edward Zahren, Merchant-U.S. Marshal: Michael W. Roach, U.S. Marshal: LaFayette Collins Merchant-Sheriff Wilden Tucker, Merchant-Attorney General-Greg Abbott, Merchant-Attorney General-Steven W. May, Merchant-Sergeant-Steven (what sounded like) Mason, Merchant-Texas-Secretary of State- Robert William, Merchant-Mark W. Everson, et al. Hereby the accused acclaim: Yeshayahu (Isa.) **28: 15 "...We have made a covenant with death, and with the grave we have affected a vision...for we have made lying our refuge, and under falsehood we have hidden ourselves."**

Further, I filed with this tribunal a "Notice of Surety-Act and Bond" wherein I placed a Bond of the money of account, see Article I Section 10 of the Constitution for the United States of America, upon this case and thereby took the case under the common law; see Article VII of the Bill of Rights of said Constitution. This document had a notaries-seal, and, as a public officer, it is binding to all parties. The Accused were given the opportunity to object by supporting what jurisdiction their case was under and that a bond was already placed upon the case with the money of account but choose to acquiesce to my bond and declaration therein.

In the "Bill for the Debt, Payment Due Upon Receipt", against the Accused to be paid jointly or severally in the money of account, stating however, if the money of account is not available I would "receive without prejudice" payment in lieu of the money of account of "Federal Reserve-Notes," a "Bank-Draft," or the like. No objections or denials were filed.

None of the Accused remedied the unlawful action against me, and my husband Austin Gary Cooper and all have a vested interest for this fraud and travesty to continue. They have also willingly committed grievous sins against the Most High, "The Supreme Being of the Universe" as stated in the Colorado's Constitution, and all parties have taken their oath to. It is said in *Bereshith (Exodus) 20: 20* "And Elohim spoke all these Words, saying, [2]"I am יהוה (Yahuah) your Elohim, who brought you out of the land of Mitsrayim (Egypt), out of the house of slavery. (Command One) [3]"You have no other mighty ones against My face. (Command Two)[4]"You do not make for yourself a carved image, or any likeness of that which is in the heavens above, or which is in the earth beneath, or which is in the waters under the earth, [5]you do not bow down to them nor serve them. For I, יהוה (Yahuah) your Elohim am a jealous El, visiting the crookedness of the fathers on the children to the third and fourth generations of those who hate Me, [6]but showing kindness to thousands, to those who love Me and guard My commands. (Command Three) [7]"You do not bring h the Name of יהוה (Yahuah) your Elohim to naught, for יהוה (Yahuah) does not leave the one unpunished who brings His Name to naught. (Said Thee Greatest Command-Four) [8]"Remember the Sabbath day, to set it apart. [9]"Six days you labour, and shall do all your work, [10]but the seventh day is a Sabbath [1] of יהוה (Yahuah) your Elohim. You do not do any work – you, nor your son, nor your daughter, nor your male servant, nor your female servant, nor your cattle, nor your stranger who is within your gates. [11] "For in six days יהוה (Yahuah) made the heavens and the earth, the sea, and all that is in them, and rested the seventh day. Therefore יהוה (Yahuah) blessed the Sabbath day and set it apart." Amĕn ! How many tribunals are open and operating their obvious travesties and crookedness's on the Almightiness said set-apart Seventh-day of the week. Thus saith the last Book of The Scriptures: Revelation 14: 12 "Here is the endurance of the set-apart ones, [x] here are those guarding the commands of Elohim and the belief of יהושע (Yahushua)-Messiah."

(x In 12:17 they are called "the remnant"). (emphasis added)

The Accused, in their natural persons, have therefore and thus willfully committed a series of Torts against Austin Gary Cooper and me, His children of His unalienable Rights, and presented that there is no remedy in their tribunal; hence, I am filing this Notice in order to fulfill

my obligations under said commercial law. All parties were noticed that a lien may be filed against them and all acquiesced to the notice. Revelation 18: 10 "(said merchants) **standing at a distance for fear of her torture, saying, 'Woe! Woe, the great city Babel, the mighty city, because your judgment has come in one hour!'"** May the Father of the heavens have mercy on us all.

**Wherefore,**

The Accused have acquiesced to the commission of the charges filed against them and the debt so served upon them. It is an axiom of law that "Failure to object timely means the objection is waived." Further, under the Doctrine of laches, "the neglect for an unreasonable and unexplained length of time under circumstances permitting diligence, to do what in law, should have been done," Lake Development Enterprises, Inc. v. Kojetinsky, Mo.App., 410 S.W.2d 361, 376, "neglect or omission to do what one should do as warrants presumption that one has abandoned right or claim, Eldridge v. Idaho State Penitentiary, 54 Idaho 213, 30 P.2d 781, 784[1], the Accused have waived their rights and do not have a claim against Austin Gary Cooper and me, Martha E. Cooper.

Signed and certified at Bandera-City, Bandera-County, Texas-State, this 25 day of eighth month, 2005 C.E.
2006

Martha E. Coop ~ secured party
Martha E. Cooper

Texas-State        :
Bandera-County  : ss/asv.
Bandera-City      :

Subscribed and sworn to before me this 25 day of August 2005 C.E.
2006

My Commission Expires: 5-19-2008   Notary Public _Mason J Clark_

Seal



NOTARY PUBLIC
MASON CLARK
MY COMMISION EXPIRES
May 19, 2008
STATE OF TEXAS

## Certificate of Service and Interested Parties

I Hereby Certify that the foregoing **"Declaration of Acquiescence by the Accused"** was sent certified mail, return receipt requested to the following to be filed into the account-number supra, on this the 25 day of Eighth month, 2006 C.E., to:

1.  Merchant-William J. Leone
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado, 80202
    Cert mail-# 7005 0390 0005 2429 6037

2.  Merchant-Thomas M. O'Rourke
    U.S. Attorney's Office
    1225 17th Street, Suite 700
    Denver, Colorado 80202
    Cert mail-# 7005 0390 0005 2429 6020

3.  Merchant-Jared E. Dwyer
    Tax Division
    601 D. Street, N.W.
    Washington, DC 20044
    Cert mail-# 7005 0390 0005 2429 6013

4.  Merchant-Anthony Romero
    IRS Agent
    12600 W. Celfey Ave, #C300
    Lakewood, Colorado 80215
    Cert mail-# 7005 0390 0005 2429 6006

5.  Merchant-Gregory C. Langham
    U.S. Courthouse
    901 – 19th Street
    Denver, Colorado 80294-3589
    Overnight mail-# 7005 0390 0005 2429 5993

6.  Merchant-Sherlyn K. Sampson, Clerk
    Larimer County Justice Center
    201 LaPorte Avenue, Suite 100
    Fort Collins, Co 80521-2761
    Cert. Mail # 7005 0390 0005 2429 5986

7.  Merchant-William G. Putnicki
    U.S. District Clerk's Office
    655 Durango Blvd., Room G65
    San Antonio, Texas 78206
    Cert mail-# 7005 0390 0005 2429 5979

8.  Merchant-Pamela A. Mathy
    U.S. Courthouse
    655 East Durango Blvd.
    San Antonio, Texas  78206
    Cert. # 7005  0390  0005  2429  6962

9.  Merchant-Judge Boyd N. Boland
    U.S. Courthouse
    901-19th Street Room A-401
    Denver, Colorado, 80294-3589
    Overnight Mail# 7005  0390  0005  2429  5955

10. Merchant-Judith Patton  AUSA
    601 N.W. Loop 410 Ste 600
    San Antonio, Texas  78211
    Cert. # 7005  0390  0005  2429  5648

11. Merchant-R. Clark Adams PRO Att.
    Federal Public Defender Blvd.
    727 E. Durango Blvd
    San Antonio, Texas 78206
    Cert. # 7005  0390  0005  2429  5931

12. Colorado Supreme Court
    Attorney Registration
    Dominion Plaza Building
    600 17th Street, Suite 205-South
    Denver, Colorado  80202
    Cert #:  7005 0390 0005 2429  5924

13. Merchant-Sheriff Wilden Tucker
    P.O. Box 607
    Bandera, Texas 78003
    Cert mail-# 7005 0390 0005 2429  5917

14. Merchant-Martin Shoemaker
    P.O. Box 7238
    555 4th Street, N.W. Room 8921
    Washing D.C. 20044
    Cert. Mail # 7005  0390  0005  2429  5900

15. Merchant-Attorney's General John Ashcroft
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington D.C. 20530-0001
    Cert. Mail # 7005  0390  0005  2429  5894

16. Merchant-Chief Justice Rehnquist
    Supreme Tribunal -- (*Did his dead body get sold?)
    U.S. Supreme Court Building



1 First Street N.E.
Washington D.C. 20543
Cert. Mail # 7000 0390 0005 2429 5887

17. Merchant-Dennis Montgomery
208 N. 5th Street, Suite B
Norfolk, NE 68701
Cert. Mail # 7005 0390 0005 2429 6198

18. Merchant-Judge William M. Hoeveler
301 N. Miami Ave, 9th Floor
Miami, Fl 33128
Cert. Mail # 7005 0390 0005 2429 6181

19. George W. Bush
Executive Office of the President
1600 Pennsylvania Ave, N.W.
Washington D.C. 20500
Cert. Mail # 7005 0390 0005 2429 6174

20. Governor Rick Perry
Governor Building
P.O. Box 13246
Austin Texas 78701
Cert. Mail # 7005 0390 0005 2429 6150

21. Chief Justice Mary Mullarky
Chief Justice of the Supreme Tribunal
435 Judicial Building
Denver, Co 80203
Cert. Mail # 7005 0390 0005 2429 6167

22. Federal Detention Center – without prejudice and without dishonor for:
Inmate: Austin Gary Cooper, secured party - # 10982 - 050
9595 W. Quincy Ave
Littleton, Colorado 80123
Cert. Mail # 7005 0390 0005 2429 6150

23. The BAR ASSOCIATION
A subsidiary of the Templar BAR
740 15th Street, N.W.
Washington D.C. 20005-1019
Cert. Mail # 7005 0390 0005 2429 6143

24. Merchant-Judge C. Edward Stirman
Larimer County Justice Center
201 LaPorte Ave, Suite 100
Fort Collins, Colorado 80521-2761
Cert. Mail # 7005 0390 0005 2429 6136

25. Merchant-Judge Christine A. Carney

Larimer County (Loveland)
810 East 10th Street, Suite 110
Loveland, Co 80537-4942
Cert. Mail # 7005 0390 0005 2429 6129

26. Merchant-D.A. Todd A. Field, Esq.
Larimer County Justice Center
201 LaPorte Ave #200
Fort Collins, Co 80521-2763
Cert. Mail # 7005 0390 0005 2429 6297

27. Merchant-U.S. Marshal: Edward Zahren
U.S. Courthouse
1929 Stout Street, Room C-324
Denver, CO 80294
Cert. Mail # 7005 0390 0005 2429 6280

29. Merchant-U.S. Marshal: Michael W. Roach
U.S. Courthouse
200 N.W. 4th Street, Room 2418
Oklahoma City, OK 73102
Cert. Mail # 7005 0390 0005 2429 6273

30. Merchant-U.S. Marshal: LaFayette Collins
U.S. Courthouse
655 E. Durango Boulevard, Room 235
San Antonio, TX 78206
Cert. Mail # 7005 0390 0005 2429 6266

31. Merchant-Attorney General-Greg Abbott
P.O. Box 12548
Austin, Texas 78711-2548
Cert. Mail # 7005 0390 0005 2429 6259

32. Merchant-Attorney General-Steven W. May
P.O. Box 12548
Austin, Texas 78711-3548
Cert. Mail # 7005 0390 0005 2429 6242

33. Merchant-Sergeant-Steven (what sounded like) Mason
c/o Attorney's-General-Office
P.O. Box 12548
Austin, Texas 78711-2548
Cert. Mail # 7005 0390 0005 2429 6235

34. Merchant-Sheriff Jim Alderden
2501 Midpoint Drive
Fort Collins, CO 80525
Cert. Mail # 7005 0390 0005 2429 6228

35. Merchant-Texas-Secretary of State-Robert William

Martha E. Cooper - Declaration of Acquiescence - Page 9 of 10

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193
Cert. Mail # 7005 0390 0005 2429 6211

36.  Merchant-Mark W. Everson
     Commissioner of Internal Revenue
     1111 Constitution Ave N.W.
     Washington D.C. 20224
     Cert. Mail # _____ 7005 0390 0005 2429 6204

_____ secured party
                Martha E. Cooper

---

[1] These alleged cases are used by me "without prejudice" and "without dishonor" confer no jurisdiction by this tribunal or any other.

Exhibit A.



# Judicial Administration

EIGHTH JUDICIAL DISTRICT
201 LA PORTE AVENUE SUITE 100
FORT COLLINS CO  80521-2761

Scott Courtney
District Court Administrator

(970) 498-6260
Fax:  (970) 498-6120
scott.courtney@judicial.state.co.us

August 9, 2006

Martha E. Cooper
Austin Gary Cooper
Without prejudice - c/o
1132 Main Street., 9100-230
Bandara, TX  78003

Re:  Notice of Demand for Oath of Office and Bond Information

Dear Mr. and Ms. Cooper:

In response to the open records request, enclosed is a copy of Judge Stirman's oath of office.  This office has no other records that pertain to your request.

Sincerely,

Janelle J. Brunin
Staff Assistant II

JJB

Enclosure (copy of oath)

*10b*



# IN THE COUNTY COURT

## IN AND FOR THE COUNTY OF LARIMER

### STATE OF COLORADO

I, C. Edward Stirman, do solemnly swear by the ever living God that I will support the Constitution of the United States, the Constitution and Laws of the State of Colorado, and that I will faithfully perform all the duties pertaining to the office of Judge in County Court in and for the County of Larimer, State of Colorado, to the best of my knowledge and ability, so help me God.

_____
Edward Stirman

Subscribed and sworn to before me this 14 day of January, A.D., 2003.

Christine A. Carney
County Court Judge



10c



# Judicial Administration

### EIGHTH JUDICIAL DISTRICT
### 201 LA PORTE AVENUE SUITE 100
### FORT COLLINS CO  80521-2761

Scott Courtney
District Court Administrator

(970) 498-6260
Fax:  (970) 498-6120
scott.courtney@judicial.state.co.us

August 9, 2006

Martha E. Cooper
Austin Gary Cooper
Without prejudice - c/o
1132 Main Street., 9100-230
Bandara, TX  78003

Re:  Notice of Demand for Oath of Office and Bond Information

Dear Mr. and Ms. Cooper:

In response to the open records request, enclosed is a copy of Judge Carney's oath of office.  This office has no other records that pertain to your request.

Sincerely,

Janelle J. Brunin
Staff Assistant II

JJB

Enclosure (copy of oath)

*10d*

# IN THE COUNTY COURT

## IN AND FOR THE COUNTY OF LARIMER

### STATE OF COLORADO

I, Christine A. Carney, do solemnly swear that I will support the Constitution of the United States, the Constitution and Laws of the State of Colorado, and that I will faithfully perform all the duties pertaining to the office of Judge in County Court in and for the County of Larimer, State of Colorado, to the best of my knowledge and ability.

Christine A. Carney

Subscribed and sworn to before me this 5 of January, A.D., 2005, *effective 1-11-05*

James H. Hiatt,
Chief Judge



10e

Martha E. Cooper
Austin Gary Cooper
Without prejudice – c/o
1132 Main Street., 9100-230
Bandera, Texas 78003

The Texas-State
In the Municipal Court of the City known as Denver
In the County of Denver

Alleged-Account-Number 06 mj 01111
Or any alleged created account-number thereof.

UNITED STATES, a Corporation; CITY OF DENVER, a Corporation;     COUNTY OF DENVER, a Corporation; The corporate United States, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge-Boyd N. Boland, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden, et al, Accused,
v. Austin Gary Cooper, a natural person, and Martha E. Cooper, a natural person.

Austin Gary Cooper, a natural person, and Martha E. Cooper, Accuser(s) v. State of Colorado, Texas, a Corporation(s); County of Denver, a Corporation; City of Denver, a Corporation; The corporate United States, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge Boyd N. Boland, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden, et al, Accused.

---

**Waiver of Perjury-Immunity**
Addendum

**For the record:**

Before giving testimony in any case involving Austin Gary Cooper I, Merchant-Martin Shoemaker, Merchant-Dennis Montgomery , Merchant-Judge William M. Hoeveler, Merchant-Judge Boyd N. Boland, Merchant-Judge C. Edward Stirman, Merchant-Judge Christine A. Carney, Merchant-D.A. Todd A. Field, Esq., Merchant-Sheriff Alderden, in my fictitious person represented by my name written in all capitals and in my natural person represented by my name written in proper English-format, do hereby waive my guaranteed privilege of immunity from perjury, which privilege was granted under the "Supreme Tribunal" in the case-Briscoe Et al. v. LaHue Et al., 460 U.S. 325 (1983).

I thereby and henceforth do hereby declare under penalties of perjury that I will speak, verbally present and introduce written evidence of truth to be bound under civil and/or criminal penalties of perjury in any case of the stated natural person supra, whether such evidence is presented using his fictitious person represented by his name written in all capital letters or his natural person represented by his name written in proper English-format.  Considering that ignorance of the law is no excuse, I hereby certify that I and my

property will be surety and bond to the injured party for false or fraudulent testimony that I would willfully and knowingly give.

Under penalty of perjury,

Signed: _____

Printed name:

Address:

Date:

_____-State

_____-County     ss./asv.

_____-City     :

     Subscribed and sworn to before me this ____ day of _____ 2005 C.E.

My Commission Expires: _____  Notary-Public _____

Seal

     Let the record reflect that if the Accused herein listed refuses to sign, date, have notarized and return to me a signed and notarized copy of this "Waiver of Perjury-Immunity" before giving testimony that he admits that his intention was to mislead and, therefore, commit fraud and jury-tampering by having foreknowledge that when taking an oath to tell the truth under penalties of perjury that, in fact, he has perjury immunity.

     Further, let the record reflect that if the merchant-prosecutor in his or her corporate person and in his or her natural person refuses to order the Accused herein listed to sign, date, have notarized and return to me a signed and notarized copy of this "Waiver of Perjury-Immunity" before giving testimony that he or she admits that his or her intention was to mislead and, therefore, commit fraud and jury-tampering by having foreknowledge that when the Accused takes an oath to tell the truth under penalties of perjury that, in fact, he has perjury immunity.

## Certificate of Service and Interested Parties

     I Hereby Certify that the foregoing "Waiver of Perjury-Immunity" was sent certified mail, return receipt requested, to be filed into the account-number supra, on this the 25 day of 9 Month, 2006 C.E., to:

1.    Merchant-Judge C. Edward Stirman
      Larimer County Justice Center

201 LaPorte Ave, Suite 100
Fort Collins, Colorado 80521-2761
Cert. Mail # _____ 7005 0390 0005 2425 6136

2.   Merchant-Judge Christine A. Carney
     Larimer County (Loveland)
     810 East 10th Street, Suite 110
     Loveland, CO 80537-4942
     Cert. Mail # _____ 7005 0390 0005 2425 6125

3.   Merchant-D.A. Todd A. Field, Esq.
     Larimer County Justice Center
     201 LaPorte Ave #200
     Fort Collins, Co 80521-2763
     Cert. Mail # _____ 7005 0390 0005 2425 6297

4.   Merchant-Dennis Montgomery
     208 N. 5th Street, Suite B
     Norfolk, NE 68701
     Cert. Mail # 7005 0390 0005 2425 6158

5.   Merchant-Judge William M. Hoeveler
     301 N. Miami Ave, 9th Floor
     Miami, Fl 33128
     Cert. Mail # 7005 0390 0005 2425 6181

6.   Merchant-Martin Shoemaker
     P.O. Box 7238
     555 4th Street, N.W. Room 8921
     Washing D.C. 20044
     Cert. Mail # _____ 7005 0390 0005 2425 5500

7.   Merchant-Sheriff Jim Alderden
     2501 Midpoint Drive
     Fort Collins, CO 80525
     Cert. Mail # 7005 0390 0005 2425 6228

8.   Merchant-Magistrate-Boyd N. Boland
     United States District Court
     901-19th Street, Room A105
     Denver, Colorado 80294-3589
     Cert. Mail # 7005 0390 0005 2425 5255

_____ secured party
Martha E. Cooper

Waiver of Perjury-Immunity Page 3 of 3