IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-0561-CBS

MARTHA E. COOPER, a Natural Person, Accuser,

    Plaintiff,

v.

THE CORPORATE UNITED STATES, Merchants,
MERCHANT WILLIAM J. LEONE,
MERCHANT THOMAS M. O'ROURKE,
MERCHANT JARED E. DWYER,
MERCHANT ANTHONY ROMERO,
MERCHANT GREGORY C. LANGHAM,
MERCHANT SHERLYN K. SAMPSON,
MERCHANT WILLIAM G. PUTNICKI,
MERCHANT MAGISTRATE PAMELA A. MATHY,
MERCHANT MAGISTRATE BOYD N. BOLAND,
MERCHANT JUDITH PATTON,
MERCHANT R. CLARK ADAMS,
MERCHANT MARTIN SHOEMAKER,
MERCHANT DENNIS MONTGOMERY,
MERCHANT JUDGE WILLIAM M. HOEVELER,
MERCHANT JUDGE C. EDWARD STIRMAN,
MERCHANT JUDGE CHRISTINE A. CARNEY,
MERCHANT D.A. TODD A. FIELD, ESQ.,
MERCHAT [sic] SHERIFF ALDERDEN,
MERCHANT ATTORNEY'S GENERAL JOHN ASHCROFT,
MERCHANT CHIEF JUSTICE REHNQUIST,
GEORGE W. BUSH,
GOVERNOR RICK PERRY,
CHIEF JUSTICE MARY MULLARKY,
MERCHANT U. S. MARSHAL EDWARD ZAHREN,
MERCHANT U.S. MARSHAL,
MICHAEL W. ROACH, U.S. Marshal,
LAFAYETTE COLLINS,
MERCHANT SHERIFF WILDEN TUCKER,
MERCHANT ATTORNEY GENERAL GREG ABBOTT,
MERCHANT ATTORNEY GENERAL STEVEN W. MAY,
MERCHANT SERGEANT STEVEN (what sounded like) MASON,
MERCHANT TEXAS SECRETARY OF STATE ROBERT WILLIAM, and

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 8 2006

GREGORY C. LANGHAM
CLERK

MERCHANT MARK W. EVERSON, et al.,

    Defendants.

## ORDER AND JUDGMENT OF DISMISSAL

Plaintiff Martha E. Cooper, who does not appear to be incarcerated, filed *pro se* a civil complaint for damages (docket number 26) in **United States v. Cooper**, Criminal Action No. 06-mj-01111-BNB-2, currently pending before the Court. In an order entered on August 9, 2006, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence the instant civil action with a copy of the civil complaint for damages filed in No. 06-mj-01111-BNB-2.

In the August 9, 2006, order, Magistrate Judge Shaffer also directed Ms. Cooper to cure certain enumerated deficiencies if she wished to pursue her claims. Specifically, Ms. Cooper was directed to submit within thirty days on the proper, Court-approved forms a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a complaint.

On August 29, 2006, Ms. Cooper submitted an amended complaint that was not on the proper, Court-approved form. However, she failed within the time allowed to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or to pay the $350.00 filing fee. The August 9, 2006, order warned Ms. Cooper that if she failed within the time allowed, to cure the designated deficiencies, the complaint and the action would be dismissed without further notice. Ms. Cooper has failed within the time allowed the cure all the designated deficiencies.

Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 27 day of Sept., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01561-CBS

Martha E. Cooper
c/o 3100 Main Street, 9100-230
Bandera, TX 78003

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on ___9-28-06___

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk